IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LIMITED,<br><br>　　　　　　　Defendants. | Civil Action No. 3:10-cv-01723 (JAP) (TJB) |

## NOTICE OF WITHDRAWAL

TO: THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws as attorney of record for Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, Takeda Pharmaceuticals America, Inc. and Ethypharm, S.A. (plaintiffs). Attorneys from McCarter & English, LLP will continue to represent plaintiffs in this case.

Dated: September 15, 2011

/s/Symone J. Redwine
Symone J. Redwine
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
T (973) 622-4444
F (973) 624-7070

**E-mail:** sredwine@mccarter.com

ME1 12253792v.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2011, I caused a copy of the foregoing NOTICE OF WITHDRAWAL to be served upon all counsel of record by operation of the Court's electronic filing system.

/s/ Symone J. Redwine
Symone J. Redwine