

September 26, 2011

VIA ECF

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *Takeda Pharmaceutical Company Limited et al. v. Zydus Pharmaceuticals (USA), Inc. et al.*, Civ. Action No. 3:10-CV-01723-JAP-TJB

Dear Judge Bongiovanni:

We, along with our co-counsel Hogan Lovells US LLP, represent Plaintiffs in the above-referenced action. We write on behalf of both parties to propose deadlines for upcoming discovery activities and summary judgment motions.

The parties have met and conferred and agreed on the following dates:

| Activity | Date |
|---|---|
| End of fact discovery | November 23, 2011 |
| Opening expert reports | December 23, 2011 |
| Responsive expert reports | January 27, 2012 |
| Expert discovery closes | February 29, 2012 |
| Opening summary judgment briefs | March 23, 2012 |
| Opposition summary judgment briefs | April 13, 2012 |
| Reply summary judgment briefs | May 4, 2012 |

If these proposed dates meet with your approval, we respectfully request that Your Honor "so order" these deadlines in this action.

Respectfully,

s/*John E. Flaherty*

John E. Flaherty

cc: Counsel of Record (via email)

                                          SO ORDERED on this ____ day of _____, 2011:

                                          _____
                                          Hon. Tonianne J. Bongovanni, U.S.M.J.

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 12280557v.1