# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | Civil Action No. 3:10-CV-01723-JAP-TJB <br><br> **CONSENT ORDER FOR PRO HAC VICE ADMISSION** |

This matter having been opened to the court by McCarter & English, LLP, attorneys for all plaintiffs, John E. Flaherty appearing, for an Order, pursuant to Local Civil Rule 101.1(c), allowing Sandra Lee, *pro hac vice* on behalf of plaintiff Ethypharm, S.A. ("Plaintiff"); counsel for defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited having consented to the form and entry of this Order; and the Court having considered this matter pursuant to FED. R. CIV. P. 78, and for good case shown,

IT IS on this 4th day of October, 2011, ORDERED that:

1. Sandra Lee of Baker Botts LLP, with offices located at 30 Rockefeller Plaza, New York, NY 10112, a member in good standing of the Bar in which she is admitted, be hereby permitted to appear *pro hac vice* in this action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Plaintiff shall be signed by a member or associate of the firm of McCarter & English, LLP, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of

these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is

FURTHER ORDERED that Sandra Lee make payment to the Clerk of the Court of this Court in the amount of $150.00; and it is

FURTHER ORDERED that Sandra Lee shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is

FURTHER ORDERED that Sandra Lee shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that Sandra Lee shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

So Ordered,

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

2

MEI 12323167v.1