UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
:
:
:
TAKEDA PHARMACEUTICAL CO, :
LIMITED, et al. :
:
   Plaintiff, :   Civil Action No. 10-1723 (JAP)
:
v. :
:   **ORDER**
:
ZYDUS PHARMACEUTICALS :
USA INC., et al. :
:
:
   Defendant. :
_____:

  Presently before the Court is the parties' request for claim construction in this Hatch-Waxman patent infringement action.  Each party has briefed the question of the proper construction of the claim terms in dispute, and the Court held a *Markman* hearing on May 26, 2011.  For the reasons in the accompanying Opinion,

  IT IS on this 5th day of October 2011

  ORDERED that the disputed claim terms in the '994 patent, '942 patent and the '632 patent shall be construed as set forth in the accompanying Opinion.


              /s/ Joel A. Pisano   
              JOEL A. PISANO, U.S.D.J.