UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br>Plaintiffs,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LIMITED,<br><br>Defendants. | Civil Action No. 3:10-CV-01723-JAP-TJB<br><br>**CERTIFICATION OF JOHN E. FLAHERTY IN SUPPORT OF PRO HAC VICE ADMISSION** |

**REQUEST BY JOHN E. FLAHERTY FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by John E. Flaherty for *pro hac vice* counsel Sandra Lee to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for Sandra Lee.

                                              s/ John E. Flaherty
                                              John E. Flaherty
                                              **McCARTER & ENGLISH, LLP**
                                              Four Gateway Center
                                              100 Mulberry Street
                                              Newark, NJ 07102
                                              (973) 622-4444 (telephone)
                                              (973) 624-7070 (facsimile)
                                              *Attorneys for all Plaintiffs*

ME1 12353766v.1

*Of Counsel:*

Eric J. Lobenfeld
Arlene L. Chow
Dillon Kim
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY 10022
(212) 918-3000 (telephone)
(212) 918-3100 (facsimile)
*Attorneys for all Plaintiffs*

Philippe Y. Riesen
**HOGAN LOVELLS HORITSU JIMUSHO**
Gaikokuho Kyodo Jigyo
15th Floor Daido Seimei
Kasumigaseki Building
1-4-2 Kasumigaseki
Chiyoda-ku, Tokyo 100-0013
Japan
(81) 3-5157-8200 (telephone)
(81) 3-5157-8210 (facsimile)
*Attorney for all Plaintiffs*

Paul A. Ragusa
Lisa Kole
Jennifer Tempesta
Sandra Lee
**BAKER BOTTS LLP**
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2500 (telephone)
(212) 408-2501 (facsimile)
*Attorneys for Plaintiff Ethypharm, S.A.*

PRO HAC VICE ATTORNEY INFORMATION

Sandra Lee, Esq. (sandra.lee@bakerbotts.com)
**BAKER BOTTS LLP**
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2500