Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Plaintiff*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br> v. <br><br> ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB <br><br> **NOTICE OF DEFENDANTS' MOTION FOR RECONSIDERATION OF CLAIM CONSTRUCTION** <br><br> **[ORAL ARGUMENT REQUESTED]** <br><br> **Return Date: November 21, 2011** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 21, 2011 or as soon thereafter as counsel can be heard, the undersigned counsel for Defendants Zydus

Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus") will move pursuant to Local Civil Rule 7.1(i) before the Honorable Joel A. Pisano, U.S.D.J., at the United States District Court for the District of New Jersey, for an Order granting Zydus's Motion for Reconsideration of Claim Construction.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Zydus will rely on the Memorandum of Law and the Declaration of Vincent P. Rao II, submitted herewith.

**PLEASE FURTHER TAKE NOTICE** that a proposed form of Order is submitted herewith in accordance with L. Civ. R. 7.1(e).

**PLEASE FURTHER TAKE NOTICE** that oral argument is requested.

Respectfully submitted,

Dated:  October 19, 2011

KELLEY DRYE & WARREN LLP

By:  *s/Vincent P. Rao II*
Joseph A. Boyle
Vincent P. Rao II
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

*Attorneys for Defendants*
*Zydus Pharmaceuticals USA, Inc.*
*and Cadila Healthcare Limited*

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2011 I caused to be served a copy of the foregoing Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare's Notice of Motion For Reconsideration Of Claim Construction, the Memorandum of Law in Support of the Motion, the Declaration Of Vincent P. Rao II in Support of the Motion and a Proposed Order on each interested party in this action in accordance with the electronic filing procedures of the United States District Court for the District of New Jersey.

Jonathan M. H. Short
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Paul A. Ragusa
Lisa Kole
**BAKER BOTTS LLP**
30 Rockefeller Plaza
New York, New York 10112

Eric J. Lobenfeld
Arlene L. Chow
Dillon Kim
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, New York 10022

Philippe Y. Riesen
**HOGAN LOVELLS HORITSU JIMUSHO**
Gaikokuho Kyodo Jigyo
15th Floor Daido Seimei
Kasumigaseki Building
1-4-2 Kasumigaseki
Chiyoda-ku
Tokyo 100-0013, Japan

Dated: October 19, 2011

*s/Vincent P. Rao II*
Vincent P. Rao II