Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare Limited*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br> v. <br><br> ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB <br><br> Motion Date: November 21, 2011 <br><br> **Oral Argument Requested** <br><br> **NOTICE OF MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF MOTION FOR RECONSIDERATION** |

To:    Attached Service List

**PLEASE TAKE NOTICE** that on November 21, 2011, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively

"Defendants" or "Zydus"), shall move, through its attorneys Kelley Drye & Warren LLP, before the Hon. Joel A. Pisano, for leave to file a reply in further support of Defendants' Motion for Reconsideration of the Court's October 5, 2011 Opinion and Order.

**PLEASE FURTHER TAKE NOTICE** that in support of this motion, Zydus shall rely upon Defendants' Memorandum In Support Of Defendants' Motion For Leave to File a Reply, and Zydus' Proposed Reply In Further Support Of Defendants' Motion For Reconsideration, attached to the Memorandum in Support of Motion for Leave to File a Reply as Exhibit A, together with the Declaration of Vincent P. Rao in Further Support of Defendants' Motion for Reconsideration of Claim Construction attached as Exhibit B.

**PLEASE FURTHER TAKE NOTICE** that a proposed form of Order is submitted herewith in accordance with L. Civ. R. 7.1(e).

Dated:  November 11, 2011

                KELLEY DRYE & WARREN LLP

                By: /s/ Vincent P. Rao II
                   Joseph A. Boyle
                   Vincent P. Rao II
                   Steven J. Moore (*Pro Hac Vice*)
                   James M. Moriarty (*Pro Hac Vice*)
                   200 Kimball Drive
                   Parsippany, New Jersey 07054
                   (973) 503-5900
                   *Attorneys for Defendants*
                   *Zydus Pharmaceuticals USA, Inc. and*
                   *Cadila Healthcare Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2011 I caused to be served a copy of the foregoing Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare's Notice of Motion For Leave To File A Reply In Further Support Of Motion For Reconsideration, the Memorandum of Law in Support of the Motion with exhibits, the Declaration of Vincent P. Rao II with exhibits and a Proposed Order on each interested party in this action in accordance with the electronic filing procedures of the United States District Court for the District of New Jersey.

Jonathan M. H. Short
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Paul A. Ragusa
Lisa Kole
**BAKER BOTTS LLP**
30 Rockefeller Plaza
New York, New York 10112

Eric J. Lobenfeld
Arlene L. Chow
Dillon Kim
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, New York 10022

Philippe Y. Riesen
**HOGAN LOVELLS HORITSU JIMUSHO**
Gaikokuho Kyodo Jigyo
15th Floor Daido Seimei
Kasumigaseki Building
1-4-2 Kasumigaseki
Chiyoda-ku
Tokyo 100-0013, Japan

Dated: November 11, 2011

*s/Vincent P. Rao II*
Vincent P. Rao II