# KELLEY DRYE & WARREN LLP
A LIMITED LIABILITY PARTNERSHIP

**200 KIMBALL DRIVE**
**PARSIPPANY, NEW JERSEY 07054**

NEW YORK, NY
WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

(973) 503-5900

FACSIMILE
(973) 503-5950
www.kelleydrye.com

DIRECT LINE: (973) 503-5924
EMAIL: vrao@kelleydrye.com

RECEIVED
NOV 16 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

*[Handwritten: Motion is denied. So ordered. /s/ Pisano 11/16/11]*

November 11, 2011

**VIA FIRST CLASS U.S. MAIL**

Honorable Joel A. Pisano
United States District Judge
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building and
  U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re: *Takeda Pharmaceutical Co. LTD., et al. v.*
           *Zydus Pharmaceuticals USA Inc., et al.*
           Docket No. 10-CV-01723

Dear Judge Pisano:

      We are counsel to Defendants Zydus Pharmaceuticals USA Inc. and Cadila Healthcare Limited (collectively "Defendants") in the above-referenced action. Please find enclosed a courtesy copy of Defendants' Notice of Motion for Leave to File a Reply in Further Support of Motion for Reconsideration, Memorandum of Law in Support thereof and a proposed form of Order. The Motion for Reconsideration is currently returnable on November 21, 2011. All counsel of record were served with these papers by ECF today.

                                    Respectfully submitted,

                                      Vincent P. Rao II

Encls.
cc: Counsel of Record (*via ECF*)