

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

December 1, 2011

VIA FACSIMILE

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**RECEIVED**

DEC 02 2011

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Re:  *Takeda Pharmaceutical Company Limited et al. v. Zydus Pharmaceuticals (USA), Inc. et al.*, Civil Action No. 3:10-cv-01723-JAP-TJB;
*Takeda Pharmaceutical Company Limited, et al. v. Mylan Inc. et al.*
Civil Action No. 3:11-cv-02506-JAP-TJB

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Dear Judge Bongiovanni:

We represent Plaintiffs in the two above-referenced actions. We write on behalf of all parties in these actions to request the adjournment of telephone conferences to January 10.

Specifically, we request that tomorrow's telephone conference in *Takeda Pharmaceutical Company Limited et al. v. Zydus Pharmaceuticals (USA), Inc. et al.*, Civil Action No. 10-1723, be adjourned to January 10, 2012 at 10:00 a.m. We also request that the December 21 telephone conference scheduled by Judge Arpert in *Takeda Pharmaceutical Company Limited, et al. v. Mylan Inc. et al.*, Civil Action No. 11-2506, be adjourned to January 10, 2012 at 11:00 a.m.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

If this schedule meets with Your Honor's approval, we respectfully request that Your Honor "so order" it and have it entered on the docket for these two actions.

*[handwritten: This matter has been transferred to the undersigned]*

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Respectfully,

s/John E. Flaherty

John E. Flaherty

cc:  Counsel of Record (via email)

SO ORDERED on this ___1___ day of December, 2011:

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

ME1 12622789v.1