IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC., ET AL.,<br><br>Defendants. | Civil Action No. 3:10-CV-01723 (JAP)(TJB)<br><br>**CONSENT ORDER**<br>**FOR _PRO HAC VICE_ ADMISSION** |



RECEIVED DEC 14 2011 AT 8:30 WILLIAM T. WALSH CLERK

This matter having been opened to the court by McCarter & English, LLP, attorneys for all Plaintiffs, John E. Flaherty appearing for an Order, pursuant to Local Civil Rule 101.1(c), allowing Takashi Okuda *pro hac vice* admission on behalf of plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc. (collectively, "Plaintiffs"); counsel for Defendants, having consented to the form and entry of this Order; and the Court having considered this matter pursuant to FED. R. CIV. P. 78, and for good cause shown,

IT IS on this 14th day of December, 2011, ORDERED that:

1. Takashi Okuda of Hogan Lovells US LLP, 875 Third Avenue, New York, NY 10022, a member in good standing of the Bar in which he is admitted, be hereby permitted to appear *pro hac vice* in this action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Plaintiffs shall be signed by a member or associate of the firm of McCarter & English, LLP, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these

ME1 12670893v.1

proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is

FURTHER ORDERED that Takashi Okuda make payment to the Clerk of the Court of this Court in the amount of $150.00; and it is

FURTHER ORDERED that Takashi Okuda shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is

FURTHER ORDERED that Takashi Okuda shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that Takashi Okuda shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

                                                     **SO ORDERED:**

Date: December 14, 2011

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.