UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC., et al.,<br>　　　　　　Defendants. | Civil Action No. 3:10-CV-01723 (JAP)(TJB) |

**REQUEST BY JOHN E. FLAHERTY FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by John E. Flaherty for *pro hac vice* counsel Takashi Okuda receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for Takashi Okuda.

　　　　　　　　　　　　　　　　　　/s/ John E. Flaherty
　　　　　　　　　　　　　　　　　　John E. Flaherty
　　　　　　　　　　　　　　　　　　MCCARTER & ENGLISH, LLP
　　　　　　　　　　　　　　　　　　100 Mulberry Street
　　　　　　　　　　　　　　　　　　Four Gateway Center
　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　(973) 622-4444 (telephone)
　　　　　　　　　　　　　　　　　　(973) 624-7070 (facsimile)

　　　　　　　　　　　　　　　　　　*Attorneys for all Plaintiffs*

ME1 12678611v.1

Of Counsel
Eric J. Lobenfeld
Arlene L. Chow
Dillon Kim
Takashi Okuda
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, New York 10022
(212) 918-3000 (telephone)
(212) 918-3100 (facsimile)

*Attorneys for Plaintiffs Takeda*
*Pharmaceutical Company Limited,*
*Takeda Pharmaceuticals North America,*
*Inc., Takeda Pharmaceuticals LLC, and*
*Takeda Pharmaceuticals America, Inc.*

PRO HAC VICE ATTORNEY INFORMATION

Takashi Okuda (takashi.okuda@hoganlovells.com)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
(212) 918-3000 (telephone)