

# McCARTER & ENGLISH
### ATTORNEYS AT LAW

December 16, 2011

VIA FACSIMILE

Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

RECEIVED

DEC 16 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Carissa L. Rodrigue
Associate
T. 973.639.2025
F. 973.624.7070
crodrigue@mccarter.com

Re: *Takeda Pharmaceutical Company Limited, et al. v. Zydus Pharmaceuticals (USA) Inc., et al.*, Civil Action No. 3:10-cv-01723-JAP-TJB

Dear Judge Bongiovanni:

On behalf of all plaintiffs in this matter, I am writing in regard to the recent *pro hac vice* admission of Takashi Okuda with the law firm of Hogan Lovells US LLP. Through general clerical oversight, Mr. Okuda's *pro hac vice* application papers and proposed consent order (D.I. 122), which was recently executed by Your Honor (D.I. 123), fail to state that Mr. Okuda and his firm also represent plaintiff Ethypharm, S.A. in this matter. Defendants have consented to Mr. Okuda's admission *pro hac vice* on behalf of all plaintiffs, including Ethypharm, S.A.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

We respectfully request that Your Honor "so order" this request to extend Mr. Okuda's *pro hac vice* admission to include plaintiff Ethypharm, S.A. and have it entered on the docket. We regret any extra effort this oversight caused the Court.

Respectfully Submitted,

*Carissa L. Rodrigue*

Carissa L. Rodrigue

cc: Counsel of record (via email)

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

SO ORDERED on this 16 day of December, 2011:

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

ME1 12684636v.1