# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, et al.,<br><br>   Plaintiffs<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC., et al.,<br><br>   Defendants. | Civil Action No. 3:10-cv-01723 (JAP)(TJB) |

## NOTICE OF WITHDRAWAL

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the law firm of Baker Botts LLP withdraws as attorney of record for plaintiff Ethypharm, S.A.  Attorneys for McCarter & English, LLP will continue to represent plaintiff Ethypharm, S.A. in this case.

Dated: January 10, 2012

s/John E. Flaherty
John E. Flaherty
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 622-4444
Fax: (973) 624-7070

Of Counsel:

Eric J. Lobenfeld
Arlene L. Chow
Dillon Kim
Takashi Okuda
**HOGAN LOVELLS US LLP**

ME1 12819705v.1

875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000

Philippe Y. Riesen
**HOGAN LOVELLS HORITSU JIMUSHO**
Gaikokuho Kyodo Jigyo
15th Floor Daido Seimei
Kasumigaseki Building
1-4-2 Kasumigaseki
Chiyoda-ku, Tokyo 100-0013 Japan
Tel: (81) 3-5157-8200

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2012, I caused a copy of the foregoing NOTICE OF WITHDRAWAL to be served upon all counsel of record by operation of the Court's electronic filing system.

s/ John E. Flaherty<br>
John E. Flaherty