UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

<u>**TRENTON**</u>  <u>**January 12, 2012**</u>
**OFFICE**  **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE J. BONGIOVANNI**
DIGITALLY RECORDED

_____
                                                            :
TAKEDA PHARMACEUTICAL        :    Civil Action No. 10-1723 (JAP)
COMPANY LIMITED, et al.,            :
            Plaintiff,                           :
    v.                                                :
                                                            :
ZYDUS PHARMACEUTICALS,      :
(USA) INC., et al.,                            :
            Defendants.                      :
_____:
                                                            :
TAKEDA PHARMACEUTICAL        :    Civil Action No. 11-2506 (JAP)
COMPANY LIMITED, et al.,            :
            Plaintiff,                           :
    v.                                                :
                                                            :
MYLAN, INC., et al.,                       :
            Defendants.                      :
_____:

**APPEARANCES:**
Carissa L. Rodrigue, Esq., Arlene Chow, Esq., & Dillon Kim, Esq., for plaintiffs
Geri L.Albin, Esq., Janice Christenson, Esq., & Tom Parker, Esq., for defendants Mylan
Alana Korzha, Esq., & Jim Moriaty, Esq., for defendants Zydus

**NATURE OF PROCEEDING:**
Telephone conference held regarding discovery issues.
In camera review of specific transcripts to be conducted by the Court.
Decision to be rendered at a later date.

**Commenced: 1:51pm**
**Adjourned:   2:06pm**                              **s/ MARK MORELLI**
                                                                       **Deputy Clerk**