# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

200 KIMBALL DRIVE

PARSIPPANY, NEW JERSEY 07054

(973) 503-5900

FACSIMILE
(973) 503-5950
www.kelleydrye.com

DIRECT LINE: (973) 503-5924

EMAIL: vrao@kelleydrye.com

Fabruary 7, 2012

**VIA ECF & FACSIMILE**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building
and United States Courthouse
402 East State Street
Trenton, New Jersey 08608

RECEIVED

FEB - 7 2012

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Re:   Takeda Pharmaceutical Company Limited, *et al.* v. Zydus Pharmaceuticals (USA) Inc., *et al.*
      Case No. 3:10-cv-01723-JAP-TJB

Dear Judge Bongiovanni:

We are counsel to Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited ("Defendants"), in the above-referenced action.

On January 27, 2012 Counsel for Plaintiffs submitted a letter to your Honor requesting that a portion of Defendants' Opening Expert Report be stricken. Defendants responded to Plaintiffs' letter on that same date. In their response, Defendants indicated that they would respond to Plaintiffs' request to strike portions of Defendants' Opening Expert Report, and would move to amend Defendants' operative Invalidity and Non-infringement Contentions, by February 8, 2012.

In an effort to narrow the issues to be presented to the Court, the parties discussed scheduling and Defendants provided Plaintiffs' with a redline copy of Defendants' proposed Second Amended Non-Infringement and Invalidity Contentions. Although the parties could not agree on the scope or substance of Defendants' proposed amendments, the parties did agree to the following proposed schedule which is intended to permit the parties to fully brief Defendants' Motion to Amend, including Plaintiffs request to strike a portion of Defendants' Opening Expert Report, and to permit the parties to timely complete expert discovery:

KELLEY DRYE & WARREN LLP

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Fabruary 7, 2012
Page Two

1. The parties will forgo summary judgment;

2. Defendants will move to amend their operative Invalidity and Non-infringement Contentions, which motion will also address the issue raised in Plaintiffs January 27 letter, by February 10, 2012;

3. Plaintiffs will respond to Defendants' motion to amend by February 24, 2012;

4. Any reply will be filed by March 1, 2012;

5. Rebuttal expert reports will be served within twenty-one (21) days after this Court rules on outstanding motions; and *[handwritten: unless otherwise ordered by the Court]*

6. Expert discovery will be completed within forty-nine (49) days of said ruling.

Respectfully submitted,

s/ Vincent P. Rao, II

Vincent P. Rao, II

cc: Counsel of Record (via ECF)

So Ordered this **7** day of **February**, 20**12**

*[signature]*

ORDER ON ORAL MOTION