John E. Flaherty
Jonathan M. H. Short
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
T (973) 622-4444
F (973) 624-7070

*Attorneys for all Plaintiffs*

| | |
|---|---|
| *Of Counsel*: | Philippe Y. Riesen |
| Eric J. Lobenfeld | **HOGAN LOVELLS HORITSU** |
| Arlene L. Chow | **JIMUSHO** |
| Dillon Kim | Gaikokuho Kyodo Jigyo |
| **HOGAN LOVELLS US LLP** | 15th Floor Daido Seimei |
| 875 Third Avenue | Kasumigaseki Building |
| New York, New York 10022 | 1-4-2 Kasumigaseki |
| (212) 918-3000 | Chiyoda-ku, Tokyo 100-0013 Japan |
| | (81) 3-5157-8200 |
| *Attorneys for all Plaintiffs* | |
| | *Attorney for all Plaintiffs* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs and Counterclaim-Defendants, <br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:10-CV-01723-JAP-TJB <br><br> **DECLARATION OF ARLENE L. CHOW** |

I, Arlene L. Chow, declare as follows:

1. I am a partner with the law firm of Hogan Lovells US LLP, counsel for Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, Takeda Pharmaceuticals America, Inc., and Ethypharm, S.A. (collectively, "Plaintiffs") in the above-captioned case.

2. I submit this declaration in support of Plaintiffs' Brief in Opposition to Defendants' Motion for Leave to Amend Their Non-Infringement and Invalidity Contentions.

3. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of Zydus' expert, Dr. Paula Meyer-Stout, dated January 17, 2012, *filed under seal*.

4. Attached hereto as Exhibit 2 is a true and correct copy of a redline of Defendants' proposed Second Amended Non-Infringement and Invalidity Contentions, *filed under seal*.

5. Attached hereto as Exhibit 3 is a true and correct copy of Defendants' Non-Infringement and Invalidity Contentions, served on August 16, 2010, *filed under seal*.

6. Attached hereto as Exhibit 4 is a true and correct copy of Defendants' Amended Non-Infringement and Invalidity Contentions, served on December 3, 2010, *filed under seal*.

7. Attached hereto as Exhibit 5 is a true and correct copy of Defendants' proposed Second Amended Non-Infringement and Invalidity Contentions, *filed under seal*.

8. Attached hereto as Exhibit 6 is a true and correct copy of the *Markman* Hearing Transcript, dated May 26, 2010 [sic].

9. Attached hereto as Exhibit 7 is a true and correct copy of Zydus' Paragraph IV notice letter, *filed under seal*.

I declare under penalty of perjury that the following is true and correct.

Dated: February 24, 2012

_____
Arlene L. Chow