Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

RECEIVED
FEB 27 2012
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br> v. <br><br> ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB <br><br> Motion Date: February 10, 2012 <br><br> **Oral Argument Requested** <br><br> ORDER GRANTING MOTION TO SEAL FILING OF MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO AMEND DEFENDANTS' PRELIMINARY NON-INFRINGEMENT CONTENTIONS AND SUPPORTING EXHIBITS |

This matter having come before the Court by motion of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus" or "Defendants") for leave to file under seal Zydus' February 10, 2012

-1-

Memorandum of Law in support of Zydus' Motion For Leave to Amend Defendants' Preliminary Non-infringement Contentions and supporting exhibits attached to the February 10, 2012 Declaration of Vincent P. Rao, and the Court having reviewed the submissions of counsel for good cause shown,[1]

**IT IS HEREBY ORDERED** that Defendants are granted leave to file under seal Zydus' February 10, 2012 Memorandum of Law in support of Zydus' Motion For Leave to Amend Defendants' Preliminary Non-infringement Contentions and supporting exhibits attached to the February 10, 2012 Declaration of Vincent P. Rao;

DATED: February 27th, 2012

SO ORDERED:

_____
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.

IT IS FURTHER ORDERED that Defendants shall, within 30 days of the date of entry of this Order, file redacted versions of the materials sealed by way of this Order which shall be available to the public; and

IT IS FURTHER ORDERED that the Clerk of the court shall terminate the aforementioned motion [Docket Entry No. 139] accordingly.

---

[1] And the Court noting that no opposition to this motion has been filed,