Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare Limited*

RECEIVED
MAR - 6 2012
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB <br><br> ██████ ORDER |

This matter having come before the Court upon the joint application of defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare Limited (collectively "Zydus") and plaintiffs Takeda Pharmaceutical Company Limited's, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, and

Takeda Pharmaceuticals America, Inc. (collectively "Takeda"), for good cause having been shown; and

It is on this 6th day of March 2012,

ORDERED, as follows:

Zydus and Takeda shall confer and file publicly available redacted documents as identified in the Order entered on February 14, 2012 (ECF Docket No. 144) by April 4, 2012.

_____
Hon. Tonianne J. Bongiovanni
United States Magistrate Judge