**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**200 KIMBALL DRIVE**

**PARSIPPANY, NEW JERSEY 07054**

(973) 503-5900

NEW YORK, NY
WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(973) 503-5950
www.kelleydrye.com

DIRECT LINE: (973) 503-5924
EMAIL: vrao@kelleydrye.com

March 14, 2012

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building
and United States Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:  *Takeda Pharmaceutical Company Limited, et al.* v. *Zydus Pharmaceuticals (USA) Inc., et al.*
Case No. 3:10-cv-01723-JAP-TJB

Dear Judge Bongiovanni:

We represent defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited ("Zydus"), in the above-referenced action. Currently pending before this Court is Plaintiffs' Motion for Spoliation Sanctions. Zydus respectfully requests oral argument on the above-referenced Motion.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*s/ Vincent P. Rao, II*

Vincent P. Rao, II

cc:  Counsel for Record via ECF