UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS USA INC. AND CADILA HEALTHCARE LIMITED,<br><br>Defendants. | Civil Action No. 3:10-CV-01723-JAP-TJB<br><br>Returnable: April 2, 2012<br><br><u>Oral Argument Requested</u><br><br>ORDER GRANTING MOTION TO SEAL REPLY IN FURTHER SUPPORT OF MOTION TO AMEND PRELIMINARY INVALIDITY AND NON-INFRINGEMENT CONTENTIONS AND SUPPORTING DECLARATIONS WITH EXHIBITS |

RECEIVED
MAR 20 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

This matter having been opened to the Court upon Motion by Defendant Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus" or "Defendants") for leave to file under seal Zydus' March 1, 2012 Reply in Further Support of Motion to Amend Preliminary Invalidity and Non-Infringement Contentions and Supporting Declaration with Exhibits, and there being no opposition to Zydus' Motion; and no interested person having as yet moved to intervene with respect to this Motion as permitted by L.Civ.R. 5.3(c)(4)[1], and the Court having reviewed the submissions of counsel for good cause shown,

---

[1] The Court is aware that any interested person seeking to intervene has until April 2, 2012, the return date for this Motion, to move to do so, and this Order in no way prejudices that right. Consequently, should an interested party timely intervene with respect to Zydus' Motion to Seal, then this Court shall reexamine its findings at that time.

IT IS on this 20th day of March, 2012,

ORDERED that Zydus' Motion to Seal is GRANTED; and it is further

ORDERED that Zydus shall file redacted versions of the documents sealed by way of this Order within 20 days of this Order; and it is further

ORDERED that the Clerk of the Court terminate this Motion [Docket Entry No. 153] accordingly.

                                                s/ Tonianne J. Bongiovanni
                                                **HONORABLE TONIANNE J. BONGIOVANNI**
                                                **UNITED STATES MAGISTRATE JUDGE**