# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., ETHYPHARM, S.A., | Civil Action No. 3:10-CV-01723-JAP-TJB |

**Plaintiffs,**

v.

**ORDER TO SEAL**

ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED,

R E C E I V E D

MAR 2 0 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**Defendants.**

This matter having come before the Court by motion of Defendants Zydus Phamaceuticals, USA, Inc. And Cadila Healthcare Limited (collectively "Zydus" or "Defendants") for leave to file under seal Zydus' March 5, 2012, Memorandum in Opposition to Plaintiffs' Motion for Spoilation Sanctions, and Supporting Declarations of Brij Khera, Harry Brittain, and Vincent P. Rao II, with Exhibits; and there being no opposition to Zydus' Motion; and no interested person having as yet moved to intervene with respect to this Motion as permitted by L.Civ.R. 5.3(c)(4)[1]; and the Court having fully considered and reviewed Zydus' moving papers; and the Court having reviewed the submissions of counsel for good cause shown,

---

[1] The Court is aware that any interested person seeking to intervene has until April 2, 2012, the return date for this Motion, to move to do so, and this Order in no way prejudices that right. Consequently, should an interested party timely intervene with respect to Zydus' Motion to Seal, then this Court shall reexamine its findings at that time.

IT IS on this 20th day of March, 2012

ORDERED that Zydus' Motion to Seal is GRANTED in part; and it is further

ORDERED that Defendants shall submit redacted versions of the material sealed by way of this Order within 20 days of the filing of this Order; and it is further

ORDERED that the Clerk of the Court shall terminate this Motion [Docket Entry No. 155] accordingly.


s/ Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**