UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON, NEW JERSEY
(609) 989-0502

Chambers of the Honorable Joel A. Pisano,          The Clarkson S. Fisher Bldg,
United States District Judge                       United States Courthouse
                                                   402 East State Street
                                                   Trenton, New Jersey 08608

NOTICE OF BENCH TRIAL

The civil action listed below will be tried before the Honorable Joel A. Pisano, U.S.D.J. in Courtroom #1 at the Clarkson S. Fisher Federal Building and U.S. Courthouse in Trenton, New Jersey on Monday, July 23, 2012 @ 9:30 a.m.

Re: Takeda Pharmaceutical Company Limited, et al., v. Zydus Pharmaceuticals (USA) Inc.  Civil Action No. 10-1723 (JAP).

In order to ensure an expeditious yet efficient trial, the following submissions must be received by the Court not later than:

| | |
|---|---|
| Pre-Trial motions due: | June 1, 2012 |
| Obejctions due: | June 15, 2012 |
| Motion hearing date: | Tuesday, June 26, 2012 @ 10:00 a.m. |
| Trial date: | Monday, July 23, 2012 @ 9:30 a.m. |
| Numbered list(s) of exhibits and witnesses due: | July 23, 2012 |

Date: March 23, 2012                        By: s/Dana Sledge, Deputy Clerk