# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

200 KIMBALL DRIVE
PARSIPPANY, NEW JERSEY 07054

(973) 503-5900

FACSIMILE
(973) 503-5950
www.kelleydrye.com

DIRECT LINE: (973) 503-5924
EMAIL: vrao@kelleydrye.com

March 28, 2012

VIA FACSIMILE

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

RECEIVED
MAR 29 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re:   *Takeda Pharmaceutical Company Limited, et al. v.*
      *Zydus Pharmaceuticals (USA) Inc. et al.*
      **Civil Action No. 3:10-CV-01723-JAP-TJB**

Dear Judge Bongiovanni:

We represent defendants Zydus Pharmaceuticals (USA) Inc. and Cadilia Healthcare Limited (collectively "Zydus") in the above-referenced action. Pursuant to Orders dated February 27, 2012 (Docket Nos. 151 and 152), Your Honor directed Plaintiffs and Zydus, respectively, to file redacted versions of the material sealed by way of Plaintiffs' motion filed on January 30, 2012 (Docket No. 135) and Zydus' motion filed on February 10, 2012 (Docket No. 139). Zydus respectfully requests that Your Honor grant a 30-day extension of time so that the parties may confer and assist each other in redacting the documents at issue and file publicly available redacted versions of each document as the sealed materials contain both Zydus' and Plaintiffs' confidential information. Thus, Zydus respectfully requests that Your Honor extend the current deadline to comply with Your Honor's Orders (Docket Nos. 151 and 152) and file the redacted documents up to and including April 27, 2012.

So Ordered this 28th day
of March 20 12
[signature]