# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

200 KIMBALL DRIVE
PARSIPPANY, NEW JERSEY 07054

(973) 503-5900

FACSIMILE
(973) 503-5950
www.kelleydrye.com

DIRECT LINE: (973) 503-5924
EMAIL: vrao@kelleydrye.com

April 2, 2012

RECEIVED
APR - 2 2012
AT 8:30____
WILLIAM T. WALSH
CLERK

**VIA FACSIMILE**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

Re: *Takeda Pharmaceutical Company Limited, et al. v. Zydus Pharmaceuticals (USA) Inc. et al.*
<u>Civil Action No. 3:10-CV-01723-JAP-TJB</u>

Dear Judge Bongiovanni:

We represent defendants Zydus Pharmaceuticals (USA) Inc. and Cadilia Healthcare Limited (collectively "Zydus") in the above-referenced action. We write on behalf of Zydus and plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc. (collectively "Takeda") jointly to request an extension of time to file publicly available redacted versions of the documents referenced in Your Honor's Orders (ECF Docket Nos. 158 and 159) (the "Orders") entered on March 12, 2012. Pursuant to the Orders, Your Honor directed Takeda to file redacted versions of the material sealed by way of Takeda's motions filed on February 21, 2012 (ECF Docket No. 147) and February 24, 2012 (ECF Docket No. 150). However, Takeda must confer with Zydus to obtain assistance in redacting the documents at issue and to file a publicly available redacted version of each document.

Accordingly, the parties require additional time to meet-and-confer to properly identify all confidential information contained in the documents at issue and to redact said documents for filing purposes. Accordingly, both parties respectfully request that Your Honor extend the current deadline to file the redacted documents up to and including May 2, 2012.

**KELLEY DRYE & WARREN LLP**

April 2, 2012
Page Two

Respectfully submitted,

Vincent P. Rao II

cc: Counsel of Record (via email)

SO ORDERED:

Dated: 4/2/12

Tonianne J. Bongiovanni, U.S.M.J.