# EXHIBIT 1

**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

**200 KIMBALL DRIVE**
**PARSIPPANY, NEW JERSEY 07054**

(973) 503-5900

FACSIMILE
(973) 503-5950
www.kelleydrye.com

DIRECT LINE: (973) 503-5924
EMAIL: vrao@kelleydrye.com

January 18, 2012

**VIA FEDEX**

Honorable Joel A. Pisano
United States District Judge
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building and
    U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:   *Takeda Pharmaceutical Co. LTD., et al. v.*
>        *Zydus Pharmaceuticals USA Inc., et al.*
>        Docket No. 10-CV-01723

Dear Judge Pisano:

We are counsel to Defendants Zydus Pharmaceuticals USA Inc. and Cadila Healthcare Limited (collectively "Zydus") in the above-referenced action. I write to provide the Court with recently discovered evidence which is highly relevant to Zydus' pending Motion for Reconsideration and Vacatur of a portion of the Court's *Markman* Ruling.



**KELLEY DRYE & WARREN LLP**

January 18, 2012
Page Two

# REDACTED

KELLEY DRYE & WARREN LLP

January 18, 2012
Page Three

# REDACTED

**KELLEY DRYE & WARREN** LLP

January 18, 2012
Page Four

# REDACTED

**KELLEY DRYE & WARREN** LLP

January 18, 2012
Page Five

Respectfully submitted,


Vincent P. Rao II

# EXHIBIT A

HIGHLY CONFIDENTIAL          1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


- - - - - - - - - - - - - - - - - - - -x
TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA
PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA
PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS
AMERICA, INC., and ETHYPHARM, S.A.,

    Plaintiffs and Counter-Defendants,

      -against-

ZYDUS PHARMACEUTICALS (USA) INC. And CADILA
HEALTHCARE LIMITED,

    Defendants and Counterclaim-Plaintiffs.
- - - - - - - - - - - - - - - - - - - -x


HIGHLY CONFIDENTIAL


VIDEOTAPED DEPOSITION OF TOSHIHIRO SHIMIZU

New York, New York

Tuesday, November 15, 2011

9:24 a.m.


REPORTED BY:
JENNIFER OCAMPO-GUZMAN, CRR, CLR
JOB NO. 23078

ORIGINAL

# david feldman

On-time reporters. On-time transcripts.

2

```
 1
 2
 3
 4
 5
 6
 7
 8                    November 15, 2011
 9                    9:24 a.m.
10
11          Highly Confidential Videotaped
12     Deposition of TOSHIHIRO SHIMIZU, held
13     at the offices of Hogan Lovells, LLP,
14     875 Third Avenue, New York, New York,
15     pursuant to notice, before Jennifer
16     Ocampo-Guzman, a Notary Public of the
17     State of New York.
18
19
20
21
22
23
24
25
```

10

Shimizu - Highly Confidential

# REDACTED

TOSHIHIRO SHIMIZU - HIGHLY CONFIDENTIAL

48

Shimizu - Highly Confidential



# REDACTED

49

Shimizu - Highly Confidential

# REDACTED

150

```
 1        STATE OF NEW YORK    )
 2                               : ss.
          COUNTY OF NEW YORK   )
 3
 4              I, JENNIFER OCAMPO-GUZMAN, a
 5        Shorthand Reporter and Notary Public within
 6        and for the State of New York, do hereby
 7        certify:
 8              That TOSHIHIRO SHIMIZU, the witness
 9        whose deposition is hereinbefore set forth,
10        was duly sworn and that such deposition is a
11        true record of the testimony of such witness.
12              I further certify that I am not
13        related to any of the parties to this action
14        by blood or marriage, and that I am in no way
15        interested in the outcome of this matter.
16              IN WITNESS WHEREOF, I have hereunto
17        set my hand this 29th day of November 2011.
18
19              J. Ocampo - Guzman
20        JENNIFER OCAMPO-GUZMAN, CRR, CLR
21
22
23
24
25
```

# EXHIBIT B

REDACTED

# REDACTED

# REDACTED

# REDACTED

REDACTED

REDACTED