Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare Limited*

R E C E I V E D

APR 1 6 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB |

CIVIL ACTION NO:
3:10-CV-01723-JAP-TJB

Motion Date: April 16, 2012

**Oral Argument Requested**

Plaintiffs,

v.

ZYDUS PHARMACEUTICALS USA
INC. and CADILA HEALTHCARE
LIMITED,

Defendants.

**ORDER GRANTING MOTION TO
SEAL DEFENDANTS' SUR-REPLY
IN FURTHER SUPPORT OF
DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR
SPOLIATION SANCTIONS**

This matter having come before the Court by motion of Defendants Zydus

Pharmaceuticals, USA, Inc. and Cadila Healthcare Limited (collectively "Zydus")

for leave to file under seal Zydus' March 14, 2012 Sur-Reply in Further

Opposition to Plaintiffs' Motion for Spoliation Sanctions, [Doc. No. 164-1], and

the Court having reviewed the submissions of counsel for good cause shown,

**IT IS HEREBY ORDERED** that Zydus is granted leave to file under

seal Zydus' March 14, 2012 Sur-Reply in Further Opposition to Plaintiffs' Motion

for Spoliation Sanctions, [Doc. No. 164-1]; and it is further

DATED:     April 16, 2012

SO ORDERED:

Hon. Tonianne J. Bongiovanni, U.S.M.J.

ORDERED that Zydus shall file a redacted version of the material sealed by way of this motion, within 20 days of the date of this Order, which shall be available to the public; and it is further

ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 165] accordingly.