# UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

**(609) 989-2040**

CHAMBERS OF

**TONIANNE J. BONGIOVANNI**

UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE

402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

May 9, 2012

## LETTER ORDER

Re:     **Takeda Pharmaceutical Co. Ltd, et al. v. Zydus Pharmaceuticals (USA) Inc., et al.**
        **Civil Action No. 10-1723 (JAP)**

Dear Counsel:

Pursuant to recent correspondence, all parties are available for a telephonic conference on **Wednesday, May 23, 2012 at 1:30 PM.** Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

   s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**