UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON, NEW JERSEY
(609) 989-0502

| | |
|---|---|
| Chambers of the Honorable Joel A. Pisano, United States District Judge | The Clarkson S. Fisher Bldg, United States Courthouse 402 East State Street Trenton, New Jersey 08608 |

(AMENDED) NOTICE OF BENCH TRIAL

The civil action listed below will be tried before the Honorable Joel A. Pisano, U.S.D.J. in Courtroom #1 at the Clarkson S. Fisher Federal Building and U.S. Courthouse in Trenton, New Jersey on Monday, August 13, 2012 @ 9:30 a.m.

Re: Takeda Pharmaceutical Company Limited, et al., v. Zydus Pharmaceuticals (USA) Inc. Civil Action No. 10-1723 (JAP).

In order to ensure an expeditious yet efficient trial, the following submissions must be received by the Court not later than:

| | |
|---|---|
| Pre-Trial motions due: | July 2, 2012 |
| Objections due: | July 12, 2012 |
| Motion hearing date: | Wednesday, July 25, 2012 @ 10:00 a.m. |
| Trial date: | Monday, August 13, 2012 @ 9:30 a.m. |
| Numbered list(s) of exhibits and witnesses due: | August 13, 2012 (3 copies are required) |

Date: May 18, 2012          By: s/Dana Sledge, Deputy Clerk