Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>     Plaintiffs,<br>v.<br><br>ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED,<br><br>     Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB<br><br>Returnable: July 2, 2012<br><br>**Oral Argument Requested**<br><br>**NOTICE OF MOTION ON CONSENT TO SEAL MAY 10, 2012 MEMORANDUM OPINION AND TO FILE REDACTED COPY ON THE PUBLIC DOCKET** |

To: Attached Service List

**PLEASE TAKE NOTICE** that on July 2, 2012, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus"), shall move,

through its attorneys Kelley Drye & Warren LLP and with the consent of counsel for Plaintiffs, before the Hon. Tonianne J. Bongiovanni, for an Order sealing the Court's May 10, 2012 Memorandum Opinion denying Plaintiffs Motion for Spoliation Sanctions, and further granting Zydus leave to file a redacted copy of the Memorandum Opinion, in the form attached hereto as Exhibit A, on the public docket.

**PLEASE FURTHER TAKE NOTICE** that in support of this motion, Zydus shall rely upon Defendants' Memorandum In Support Of Defendants' Motion for an Order Sealing Memorandum Opinion.

**PLEASE FURTHER TAKE NOTICE** that a proposed form of Order is submitted herewith in accordance with L. Civ. R. 7.1(e).

Dated: June 8, 2012                    KELLEY DRYE & WARREN LLP

                                       By: /s/ Vincent P. Rao
                                           Joseph A. Boyle
                                           Vincent P. Rao II
                                           Steven J. Moore (Pro Hac Vice)
                                           James M. Moriarty (Pro Hac Vice)
                                           200 Kimball Drive
                                           Parsippany, New Jersey 07054
                                           (973) 503-5900
                                           *Attorneys for Defendants
                                           Zydus Pharmaceuticals USA, Inc. and
                                           Cadila Healthcare Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2012 I caused to be served a copy of the foregoing Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare's Notice of Motion On Consent to Seal May 10, 2012 Memorandum Opinion and to File Redacted Copy on the Public Docket together with the Memorandum of Law and a Proposed Order on each interested party in this action in accordance with the electronic filing procedures of the United States District Court for the District of New Jersey and via ECF on the following.

Jonathan M. H. Short
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Paul A. Ragusa
Lisa Kole
**BAKER BOTTS LLP**
30 Rockefeller Plaza
New York, New York 10112

Eric J. Lobenfeld
Arlene L. Chow
Dillon Kim
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, New York 10022

Philippe Y. Riesen
**HOGAN LOVELLS HORITSU JIMUSHO**
Gaikokuho Kyodo Jigyo
15th Floor Daido Seimei
Kasumigaseki Building
1-4-2 Kasumigaseki
Chiyoda-ku
Tokyo 100-0013, Japan

Dated: June 8, 2012

       *s/Vincent P. Rao II*
       Vincent P. Rao II