Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant
Zydus Pharmaceuticals USA, Inc. and
Cadila Healthcare, Limited*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br> v. <br><br> ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB <br><br> Motion Date: July 2, 2012 <br><br> **Oral Argument Requested** <br><br> **ORDER GRANTING MOTION TO SEAL MAY 10, 2012 MEMORANDUM OPINION AND TO FILE REDACTED COPY ON THE PUBLIC DOCKET** |

This matter having come before the Court by motion on consent of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus") for issuance of an Order sealing the Court's May 10, 2012

Memorandum Opinion denying Plaintiffs Motion for Spoliation Sanctions, and further granting Zydus leave to file a redacted copy of the Memorandum Opinion, in the form attached to Zydus' Motion as Exhibit A, on the public docket, and the Court having reviewed the submissions of Zydus, for good cause shown,

**IT IS HEREBY ORDERED** that the Court's May 10, 2012 Memorandum Opinion denying Plaintiffs Motion for Spoliation Sanctions be and is sealed, and Zydus shall file on the public docket within seven (7) days of the entry of this Order a redacted version of the Court's May 10, 2012 Memorandum Opinion denying Plaintiffs Motion for Spoliation Sanctions in the form attached to Zydus' Motion to Seal as Exhibit A.

DATED:   July ___, 2012                                SO ORDERED:

                                                       _____
                                                       Hon. Tonianne J. Bongiovanni