R E C E I V E D

JUN 1 1 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

TAKEDA PHARMACEUTICAL
COMPANY LIMITED, et al.,

      **Plaintiffs,**

    v.

ZYDUS PHARMACEUTICALS USA,
INC., et al.,

      **Defendants.**

Civil Action No. 10-1723 (JAP)

**ORDER**

This matter having been opened to the Court upon Defendant Zydus Pharmaceuticals

USA, Inc.'s ("Zydus") motion to amend [Docket Entry No. 143] its amended non-infringement

and invalidity contentions pursuant to L.Pat.R. 3.7; and Plaintiff Takeda Pharmaceutical

Company Limited ("Takeda") opposing Zydus' motion; and the Court having fully reviewed all

of the papers submitted in support of, and in opposition to, Zydus' motion; and the Court

considering same without oral argument pursuant to Fed. R. Civ. P. 78; and for the reasons stated

in the Court's accompanying Memorandum Opinion and for good cause shown,

    IT IS on this 11th day of June, 2012,

    ORDERED that Zydus' motion to amend its amended non-infringement contentions is

GRANTED in part and DENIED in part as outlined in the Court's accompanying Memorandum

Opinion; and it is further

    ORDERED that no later than **June 21, 2012**, Zydus shall serve its Second Amended

Non-Infringement Contentions on Takeda; and it is further

    ORDERED that Takeda shall file its response to Zydus' Second Amended Non-

Infringement Contentions no later than ten days after having been served with same; and it is further

ORDERED that, given the possibility that the Court's accompanying Memorandum Opinion discloses the parties' confidential information, the Clerk of the Court shall file same under a temporary seal pursuant to L.Civ.R. 5.3(c)(6); the parties shall have until **June 28, 2012** to file a formal motion to seal the Court's Memorandum Opinion in accordance with L.Civ.R. 5.3(c)(2); if no formal motion to seal is filed, the Clerk of the Court will be directed to unseal the Memorandum Opinion in its entirety; and it is further

ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 141] accordingly.

s/ Tonianne J. Bongiovanni
**Tonianne J. Bongiovanni**
**United States Magistrate Judge**