Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB <br><br> Returnable:  July 16, 2012 <br><br> **NOTICE OF MOTION TO SEAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER DENYING-IN-PART LEAVE TO AMEND PRELIMINARY NON-INFRINGEMENT CONTENTIONS AND SUPPORTING** <u>**DECLARATION WITH EXHIBITS**</u> |

To:    Attached Service List

**PLEASE TAKE NOTICE** that on July 16, 2012, at 9:00 a.m., or as soon

thereafter as counsel may be heard, counsel for defendants Zydus Pharmaceuticals,

USA, Inc. and Cadila Healthcare, Limited (collectively "Defendants" or "Zydus"),

shall move, through its attorneys Kelley Drye & Warren LLP, before the Hon. Tonianne J. Bongiovanni, for leave to file under seal Zydus' Memorandum of Law in Support of Motion for Reconsideration of Order Denying-in-Part Leave to Amend  Preliminary Invalidity and Non-infringement Contentions and Supporting Declaration with Exhibits.

**PLEASE FURTHER TAKE NOTICE** that in support of this motion, Zydus shall rely upon Defendants' Memorandum In Support Of Defendants' Motion To Seal.

**PLEASE FURTHER TAKE NOTICE** that a proposed form of Order is submitted herewith in accordance with L. Civ. R. 7.1(e).

Dated:  June 19, 2012                    KELLEY DRYE & WARREN LLP

                                     By: /s/ *Vincent P. Rao*
                                         Joseph A. Boyle
                                         Vincent P. Rao II
                                         Steven J. Moore (Pro Hac Vice)
                                         James M. Moriarty (Pro Hac Vice)
                                         200 Kimball Drive
                                         Parsippany, New Jersey 07054
                                         (973) 503-5900
                                         *Attorneys for Defendants*
                                         *Zydus Pharmaceuticals USA, Inc. and*
                                         *Cadila Healthcare Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2012 I caused to be served a copy of the foregoing Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare's Notice of Motion to Seal Memorandum of Law In Support of Motion For Reconsideration of Order Denying-In-Part Leave to Amend Preliminary Non-Infringement Contentions and Supporting Declaration of Vincent P. Rao II, with Exhibits and a Proposed Order on each interested party in this action in accordance with the electronic filing procedures of the United States District Court for the District of New Jersey and via ECF and email on the following.

| | |
|---|---|
| Jonathan M. H. Short<br>**MCCARTER & ENGLISH, LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102 | Paul A. Ragusa<br>Lisa Kole<br>**BAKER BOTTS LLP**<br>30 Rockefeller Plaza<br>New York, New York 10112 |
| Eric J. Lobenfeld<br>Arlene L. Chow<br>Dillon Kim<br>**HOGAN LOVELLS US LLP**<br>875 Third Avenue<br>New York, New York 10022 | Philippe Y. Riesen<br>**HOGAN LOVELLS HORITSU JIMUSHO**<br>Gaikokuho Kyodo Jigyo<br>15th Floor Daido Seimei<br>Kasumigaseki Building<br>1-4-2 Kasumigaseki<br>Chiyoda-ku<br>Tokyo 100-0013, Japan |

Dated: June 19, 2012                    _s/Vincent P. Rao II_
                                        Vincent P. Rao II