Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>            Plaintiffs,<br>v.<br><br>ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED,<br><br>            Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB<br><br>Returnable: July 16, 2012<br><br>**ORDER GRANTING MOTION TO SEAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER DENYING-IN-PART LEAVE TO AMEND PRELIMINARY NON-INFRINGEMENT CONTENTIONS AND SUPPORTING DECLARATION WITH EXHIBITS** |

This matter having come before the Court by motion of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus" or "Defendants") for leave to file under seal Zydus' June 19, 2012 Memorandum

-1-

-2-

of Law in Support of Motion for Reconsideration of Order Denying-in-Part Leave to Amend Preliminary Invalidity and Non-infringement Contentions and Supporting Declaration with Exhibits, and the Court having reviewed the submissions of counsel for good cause shown,

**IT IS HEREBY ORDERED** that Defendants are granted leave to file under seal Zydus' June 19, 2012 Memorandum of Law in Support of Motion for Reconsideration of Order Denying-in-Part Leave to Amend Preliminary Invalidity and Non-infringement Contentions and Supporting Declaration with Exhibits.

DATED:   June ___, 2012

                                    SO ORDERED:

                                    _____
                                    Hon. Tonianne J. Bongiovanni, U.S.D.J.