Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>Plaintiffs,<br>v.<br><br>ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED,<br><br>Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB<br><br>Return Date: July 16, 2012<br><br>**Oral Argument Requested**<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING-IN-PART LEAVE TO AMEND PRELIMINARY INVALIDITY AND NON-INFRINGEMENT CONTENTIONS** |

This matter having come before the Court by motion of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus" or "Defendants") for Reconsideration of Order Denying-in-Part Leave to Amend

1

Preliminary Invalidity and Non-infringement Contentions, and the Court having reviewed the submissions of counsel for good cause shown,

**IT IS HEREBY ORDERED** that Defendant's motion for reconsideration of the June 11, 2012 Order and Opinion (Docket No. 192) is hereby granted; and

**IT IS FURTHER ORDERED** that the June 11, 2012 Order and Opinion are hereby vacated; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on Plaintiffs' counsel via ECF.

DATED:   July ___, 2012

SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni, U.S.D.J.