Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>Plaintiffs,<br>v.<br><br>ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED,<br><br>Defendants. | CIVIL ACTION NO:<br>3:10-CV-01723-JAP-TJB<br><br>Return Date:  July 16, 2012<br><br>**Oral Argument Requested**<br><br>**NOTICE OF MOTION FOR RECONSIDERATION OF ORDER DENYING-IN-PART LEAVE TO AMEND PRELIMINARY INVALIDITY AND NON-INFRINGEMENT CONTENTIONS** |

To:   Attached Service List

**PLEASE TAKE NOTICE** that on July 16, 2012, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Defendants" or "Zydus"),

shall move, through its attorneys Kelley Drye & Warren LLP, before the Hon. Tonianne J. Bongiovanni for Reconsideration of Order Denying-in-Part Leave to Amend Preliminary Invalidity and Non-infringement Contentions.

**PLEASE FURTHER TAKE NOTICE** that in support of this motion, Zydus shall rely upon Defendants' Memorandum of Law in Support of Motion for Reconsideration of Order Denying-in-Part Leave to Amend Preliminary Invalidity and Non-infringement Contentions and the Supporting Declaration of Vincent P. Rao II.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE FURTHER TAKE NOTICE** that a proposed form of Order is submitted herewith in accordance with L. Civ. R. 7.1(e).

Dated: June 19, 2012                KELLEY DRYE & WARREN LLP

By: /s/ *Vincent P. Rao II*
    Joseph A. Boyle
    Vincent P. Rao II
    Steven J. Moore (*Pro Hac Vice*)
    James M. Moriarty (*Pro Hac Vice*)
    200 Kimball Drive
    Parsippany, New Jersey 07054
    (973) 503-5900
    *Attorneys for Defendants*
    *Zydus Pharmaceuticals USA, Inc. and*
    *Cadila Healthcare Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2012 I caused to be served a copy of the foregoing Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare's Notice of Motion For Reconsideration Of Order Denying-In-Part Leave To Amend Preliminary Invalidity And Non-Infringement Contentions, and Supporting Declaration of Vincent P. Rao II, with Exhibits and a Proposed Order on each interested party in this action in accordance with the electronic filing procedures of the United States District Court for the District of New Jersey and via ECF on the following.

| | |
|---|---|
| Jonathan M. H. Short<br>**MCCARTER & ENGLISH, LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102 | Paul A. Ragusa<br>Lisa Kole<br>**BAKER BOTTS LLP**<br>30 Rockefeller Plaza<br>New York, New York 10112 |
| Eric J. Lobenfeld<br>Arlene L. Chow<br>Dillon Kim<br>**HOGAN LOVELLS US LLP**<br>875 Third Avenue<br>New York, New York 10022 | Philippe Y. Riesen<br>**HOGAN LOVELLS HORITSU JIMUSHO**<br>Gaikokuho Kyodo Jigyo<br>15th Floor Daido Seimei<br>Kasumigaseki Building<br>1-4-2 Kasumigaseki<br>Chiyoda-ku<br>Tokyo 100-0013, Japan |

Dated: June 19, 2012

_s/Vincent P. Rao II_
Vincent P. Rao II