**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

**200 KIMBALL DRIVE**

**PARSIPPANY, NEW JERSEY  07054**

(973) 503-5900

FACSIMILE
(973) 503-5950

www.kelleydrye.com

DIRECT LINE: (973) 503-5924

EMAIL: vrao@kelleydrye.com

June 21, 2012

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building
and United States Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re:   Takeda Pharmaceutical Company Limited, *et al*. v. Zydus Pharmaceuticals (USA) Inc., *et al*. Case No. 3:10-cv-01723-JAP-TJB

Dear Judge Bongiovanni:

We represent defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited ("Zydus"), in the above-referenced patent action.  On June 19, 2012 Zydus filed a Motion for Reconsideration of Order Denying-in-Part Leave to Amend  Preliminary Invalidity and Non-infringement Contentions (Docket No. 195).

Based on Zydus' pending Motion for Reconsideration and the fact that the parties have presently agreed to adjourn the August 13, 2012 trial date to a later date to be scheduled by the Court, Zydus respectfully requests that Your Honor stay the June 21, 2012 deadline for Zydus to serve its Second Amended Non-Infringement Contentions on Takeda until the Court has issued a decision on the pending Motion for Reconsideration.  Takeda does not object to such a stay.

We appreciate Your Honor's attention to this matter

Respectfully yours,

*s/ Vincent P. Rao, II*

Vincent P. Rao, II

cc:  Counsel for Record via electronic mail