**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

**200 KIMBALL DRIVE**

**PARSIPPANY, NEW JERSEY 07054**

(973) 503-5900

FACSIMILE
(973) 503-5950
www.kelleydrye.com

DIRECT LINE: (973) 503-5924
EMAIL: vrao@kelleydrye.com

June 21, 2012

**VIA ECF**

Honorable Joel A. Pisano, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building
and United States Courthouse
402 East State Street
Trenton, NJ 08608

       Re:   *Takeda Pharmaceutical Company Limited, et al. v. Zydus Pharmaceuticals (USA) Inc., et al*. Case No. 3:10-cv-01723-JAP-TJB

Dear Judge Pisano:

    We are counsel to Defendants Zydus Pharmaceuticals USA Inc. and Cadila Healthcare Limited in the above-referenced action. As we discussed with your chambers yesterday, the parties jointly request that the August 13 trial date and all current pre-trial deadlines be adjourned pending further order of the Court. The parties are currently meeting and conferring regarding alternative dates for trial in September, subject to the Court's availability. The parties are available at the Court's convenience to discuss this request.

    If this request is acceptable to Your Honor, we request that you "so order" this letter and have it placed on the docket.

    We appreciate the Court's attention to this matter.

                           Respectfully Submitted,

                           *s/ Vincent P. Rao, II*

                           Vincent P. Rao, II

cc:   Counsel of Record (*via email*)