Case 3:10-cv-01723-JAP-TJB   Document 199   Filed 06/25/12   Page 1 of 1 PageID: 4892

RECEIVED
JUN 25 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**KELLEY DRYE & WARREN LLP**
A LIMITED LIABILITY PARTNERSHIP

**200 KIMBALL DRIVE**

**PARSIPPANY, NEW JERSEY 07054**

(973) 503-5900

NEW YORK, NY
WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(973) 503-5950
www.kelleydrye.com

DIRECT LINE: (973) 503-5924
EMAIL: vrao@kelleydrye.com

June 21, 2012

RECEIVED
JUN 25 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building
and United States Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Takeda Pharmaceutical Company Limited, *et al*. v. Zydus Pharmaceuticals (USA) Inc., *et al*. Case No. 3:10-cv-01723-JAP-TJB

Dear Judge Bongiovanni:

We represent defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited ("Zydus"), in the above-referenced patent action. On June 19, 2012 Zydus filed a Motion for Reconsideration of Order Denying-in-Part Leave to Amend Preliminary Invalidity and Non-infringement Contentions (Docket No. 195).

Based on Zydus' pending Motion for Reconsideration and the fact that the parties have presently agreed to adjourn the August 13, 2012 trial date to a later date to be scheduled by the Court, Zydus respectfully requests that Your Honor stay the June 21, 2012 deadline for Zydus to serve its Second Amended Non-Infringement Contentions on Takeda until the Court has issued a decision on the pending Motion for Reconsideration. Takeda does not object to such a stay.

We appreciate Your Honor's attention to this matter

Respectfully yours,

s/ Vincent P. Rao, II

Vincent P. Rao, II

So Ordered this _25_ day
of _June_____, 20_12_

cc: Counsel for Record via electronic mail