**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

**400 ATLANTIC STREET**

**STAMFORD, CONNECTICUT 06877**

————

(203) 324-1400

NEW YORK, NY
WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
PARSIPANY, NJ

————

BRUSSELS, BELGIUM

————

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE

(203) 327-2669

www.kelleydrye.com

DIRECT LINE: (203) 351-8034

EMAIL: jmoriarty@kelleydrye.com

June 28, 2012

**VIA EMAIL**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey  08608

Re: ***Takeda Pharmaceutical Company Limited, et al. v.***
***Zydus Pharmaceuticals (USA) Inc. et al.***
**Civil Action No. 3:10-CV-01723-JAP-TJB**

Dear Judge Bongiovanni:

We are counsel to defendants Zydus Pharmaceuticals (USA) Inc. and Cadilia Healthcare Limited (collectively "Zydus") in the above-referenced action.  I write to request a brief eight (8) day extension, to and including July 6, 2012, of the deadline for the parties' to file motions to seal the Court's June 11, 2012 Order and Opinion ('Order") granting in-part and denying in-part Zydus' Motion to Amend its Amended Non-infringement Contentions.  Zydus requests this brief extension of time to allow counsel to further review the Order to properly identify all confidential information and redact where appropriate, as well as to prepare necessary motion papers.  Plaintiffs' counsel consents to the requested extension. GRANTED.

Respectfully submitted,

*/s James M. Moriarty*

James M. Moriarty

cc:    Counsel of Record (via email)

SO ORDERED:

_____

Tonianne J. Bongiovanni, U.S.M.J.

Dated: 6·28·12