**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

**200 KIMBALL DRIVE**

**PARSIPPANY, NEW JERSEY  07054**

(973) 503-5900

FACSIMILE

(973) 503-5950

www.kelleydrye.com

DIRECT LINE: (973) 503-5924

EMAIL: vrao@kelleydrye.com

June 29, 2012

**VIA ECF**

Honorable Joel A. Pisano, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building
and United States Courthouse
402 East State Street
Trenton, NJ 08608

        Re:    *Takeda Pharmaceutical Company Limited, et al. v. Zydus Pharmaceuticals (USA) Inc., et al*. Case No. 3:10-cv-01723-JAP-TJB

Dear Judge Pisano:

    We are counsel to Defendants Zydus Pharmaceuticals USA Inc. and Cadila Healthcare Limited in the above-referenced action.  We write to confirm receipt of the Court's notice that a telephone conference has been scheduled for Monday, July 2, 2012 at 11 a.m.

        Respectfully Submitted,

        *s/ Vincent P. Rao, II*

        Vincent P. Rao, II

cc:    Counsel of Record (*via email*)