

June 29, 2012

<u>VIA ECF</u>

Hon. Joel A. Pisano, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:  *Takeda Pharmaceutical Company Limited et al. v. Zydus Pharmaceuticals (USA) Inc. et al.*, Civil Action No. 3:10-cv-01723-JAP-TJB**

Dear Judge Pisano:

We, along with Hogan Lovells, represent Plaintiffs in this action.  We write to confirm receipt of the Court's electronic notice issued today scheduling a telephone conference to discuss a new trial date on July 2, 2012 at 11:00 a.m.

Respectfully submitted,

*s/John E. Flaherty*

John E. Flaherty

cc:   All Counsel (via e-mail)

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ  07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 13216063v.1