```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: NONE

DATE OF PROCEEDINGS: 7/2/2012
CIVIL DOCKET NO.: 10-1723(JAP)

TITLE OF CASE:
Takeda Pharmaceuticals Company Limited, et al.,
vs.
Zydus Pharmaceuticals, (USA) Inc., et al.,

APPEARANCES:
John Flaherty, Esq., for Plaintiffs
Eric J. Lobenfeld, Esq., for Plaintiffs
Arlene L. Chow, Esq., for Plaintiffs
Dillon Kim, Esq., for Plaintiffs
Elina Slavin, Esquire for Plaintiffs
Vincent P. Rao, Esq., for Defendants
James Moriarty, Esq., for Defendants
Steven J. Moore, Esq., for Defendants

NATURE OF PROCEEDING:
Telephone Conference held.

Ordered trial without jury to be RESET for 11/5/2012 at 9:30 a.m.

TIME COMMENCED 11:00 a.m.  TIME ADJOURNED 11:15 a.m.

s/Dana Sledge, Courtroom Deputy