Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB <br><br> Motion Date: August 6, 2012 <br><br> **Oral Argument Requested** <br><br> **ORDER GRANTING MOTION TO SEAL JUNE 11, 2012 MEMORANDUM OPINION AND TO FILE REDACTED COPY ON THE PUBLIC DOCKET** |

This matter having come before the Court by motion on consent of

Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited

(collectively "Zydus") for issuance of an Order sealing the Court's June 11, 2012

Memorandum Opinion granting-in-part and denying-in-part Zydus' February 10, 2012 Motion to Amend its Preliminary Non-Infringement Contentions, and further granting Zydus leave to file a redacted copy of the Memorandum Opinion, in the form attached to Zydus' Motion as Exhibit A, on the public docket, and the Court having reviewed the submissions of Zydus, for good cause shown,

**IT IS HEREBY ORDERED** that the Court's June 11, 2012 Memorandum Opinion granting-in-part and denying-in-part Zydus' February 10, 2012 Motion to Amend its Preliminary Non-Infringement Contentions be and is sealed, and Zydus shall file on the public docket within seven (7) days of the entry of this Order a redacted version of the Court's June 11, 2012 Memorandum Opinion in the form attached to Zydus' Motion to Seal as Exhibit A.

DATED:   August ___, 2012          SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni