# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) INC., and CADILA HEALTHCARE LIMITED, <br><br> Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:10-cv-01723 (JAP)(TJB) |

## NOTICE OF WITHDRAWAL

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Dillon Kim withdraws as attorney of record for Plaintiffs and Counterclaim-Defendants Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, Takeda Pharmaceuticals America, Inc., and Ethypharm, S.A (collectively, "Plaintiffs").  Attorneys from Hogan Lovells US LLP, Hogan Lovells Horitsu Jimusho, and McCarter & English, LLP will continue to represent Plaintiffs in this case.

Dated: July 13, 2012

  s/John E. Flaherty
John E. Flaherty
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
T (973) 622-4444
F (973) 624-7070

ME1 13789260v.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2012, I caused a copy of the foregoing NOTICE OF WITHDRAWAL to be served upon all counsel of record by operation of the Court's electronic filing system.

                                                s/ John E. Flaherty
                                                John E. Flaherty

ME1 13789260v.1