Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

RECEIVED
JUL 17 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br> v. <br><br> ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB <br><br> Returnable: August 6, 2012 <br><br> **Oral Argument Requested** <br><br> **ORDER GRANTING MOTION TO SEAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF MOTION FOR RECONSIDERATION AND ACCOMPANYING REPLY IN FURTHER SUPPORT OF MOTION FOR RECONSIDERATION** |

This matter having come before the Court by motion of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus" or "Defendants") for leave to file under seal Zydus' July 5, 2012 Memorandum of

Law in Support of their Motion for Leave to file a Reply in Further Support of their Motion for Reconsideration and accompanying Reply Memorandum of Law in Further Support of their Motion for Reconsideration, and the Court having reviewed the submissions of counsel for good cause shown,

**IT IS HEREBY ORDERED** that Defendants are granted leave to file under seal Zydus' July 5, 2012 Memorandum of Law in Support of their Motion for Leave to file a Reply in Further Support of their Motion for Reconsideration and accompanying Reply Memorandum of Law in Further Support of their Motion for Reconsideration.

DATED: ~~August~~ July 17, 2012

SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni, U.S.D.J.

IT IS FURTHER ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 206] accordingly