Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

RECEIVED

JUL 18 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br> v. <br><br> ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB <br><br> Motion Date: August 6, 2012 <br><br> **Oral Argument Requested** <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR RECONSIDERATION** |

This matter having come before the Court by application of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Defendants") for leave to file a reply in further support of Defendants' Motion for

Reconsideration,[1] and the Court having reviewed the submissions of counsel for good cause shown,

**IT IS HEREBY ORDERED** that Defendants are granted leave to file a reply in further support of their Motion for Reconsideration and that the proposed reply attached as Exhibit A to Defendants' supporting memorandum is accepted as such.

DATED: July 17, 2012

SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

and IT IS FURTHER ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 207]

---

[1] And Counsel for Plaintiff having indicated that they have no objection to Defendant's motion;