

August 10, 2012

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *Takeda Pharmaceutical Co. Ltd., et al. v. Zydus Pharmaceuticals USA Inc., et al.*,
    Civil Action No. 3:10-cv-01723-JAP-TJB

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Dear Judge Bongiovanni:

We, along with our co-counsel Hogan Lovells US LLP, represent Plaintiffs in this matter. We write on behalf of all parties to request that the Court enter the following pre-trial schedule in this action:

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

    Service of rebuttal export reports:  August 31, 2012.
    Completion of expert discovery:   September 21, 2012.
    Opening pre-trial motions filed by: October 5, 2012.
    Opposition to pre-trial motions filed by:  October 16, 2012.
    Hearing on pretrial motions:  at the court's convenience the week of October 22, 2012.

As Your Honor is aware, the trial is scheduled for the week of November 5, 2012. The parties believe that the proposed schedule provides for sufficient time for completion of expert discovery and for filing and briefing of pre-trial motions.

If these dates meet with Your Honor's approval, we respectfully request that you "So Order" this letter and have it entered on the docket. The parties are available to discuss this proposed schedule at the Court's convenience.

BOSTON

HARTFORD

Respectfully submitted,

NEW YORK

s/*John E. Flaherty*

NEWARK

John E. Flaherty

PHILADELPHIA

cc:  Counsel of Record (via email)

STAMFORD

           SO ORDERED on this ___ day of August, 2012:

WILMINGTON

           _____
           Hon. Tonianne J. Bongiovanni, U.S.M.J.

ME1 13320991v.1