UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON, NEW JERSEY
(609) 989-0502

| | |
|---|---|
| Chambers of the Honorable Joel A. Pisano, United States District Judge | The Clarkson S. Fisher Bldg, United States Courthouse 402 East State Street Trenton, New Jersey 08608 |

(REVISED) NOTICE OF BENCH TRIAL

The civil action listed below will be tried before the Honorable Joel A. Pisano, U.S.D.J. in Courtroom #1 at the Clarkson S. Fisher Federal Building and U.S. Courthouse in Trenton, New Jersey on Monday, November 5, 2012 @ 9:30 a.m.

Re: Takeda Pharmaceuticals Company Limited, et al., vs. Zydus Pharmaceutical (USA) Inc., et al.
Civil Action No. 10-1723 (JAP).

In order to ensure an expeditious yet efficient trial, the following submissions must be received by the Court not later than:

| | |
|---|---|
| Pre-Trial motions due: | September 28, 2012 |
| Objections due: | October 9, 2012 |
| Motion hearing date: | Friday, October 19, 2012 @ 9:30 a.m. |
| Trial date: | Monday, November 5, 2012 @ 9:30 a.m. |
| Numbered list(s) of exhibits and witnesses due: | November 5, 2012 (3 copies are required) |

Date: August 14, 2012                              By: s/Dana Sledge, Deputy Clerk