Case 3:10-cv-01723-JAP-TJB   Document 218   Filed 08/10/12   Page 1 of 1 PageID: 5037



# McCARTER & ENGLISH
ATTORNEYS AT LAW

August 10, 2012

**VIA ECF**

RECEIVED
AUG 14 2012
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *Takeda Pharmaceutical Co. Ltd., et al. v. Zydus Pharmaceuticals USA Inc., et al.*,
Civil Action No. 3:10-cv-01723-JAP-TJB

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Dear Judge Bongiovanni:

We, along with our co-counsel Hogan Lovells US LLP, represent Plaintiffs in this matter. We write on behalf of all parties to request that the Court enter the following pre-trial schedule in this action:

Service of rebuttal expert reports: August 31, 2012.
Completion of expert discovery: September 21, 2012.   *granted*
Opening pre-trial motions filed by: ~~October 5, 2012~~.
Opposition to pre-trial motions filed by: ~~October 16, 2012~~.   *to be set by the*
Hearing on pretrial motions:   at the court's convenience the week of   *District Court*
~~October 22, 2012~~.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

As Your Honor is aware, the trial is scheduled for the week of November 5, 2012. The parties believe that the proposed schedule provides for sufficient time for completion of expert discovery and for filing and briefing of pre-trial motions.

If these dates meet with Your Honor's approval, we respectfully request that you "So Order" this letter and have it entered on the docket. The parties are available to discuss this proposed schedule at the Court's convenience.

BOSTON

HARTFORD

Respectfully submitted,   *Telephone Conference to be initiated by Plaintiff: Sept 26, 2012 at 11AM*

NEW YORK

s/John E. Flaherty

NEWARK

John E. Flaherty

PHILADELPHIA

cc: Counsel of Record (via email)

STAMFORD

SO ORDERED on this _13_ day of August, 2012:

WILMINGTON

Hon. Tonianne J. Bongiovanni, U.S.M.J.

ME1 13320991v.1