UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LIMITED,<br><br>Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:10-CV-01723-JAP-TJB<br><br>**STIPULATION AND ORDER**<br><br>RECEIVED<br>AUG 14 2012<br>AT 8:30_____M<br>WILLIAM T. WALSH, CLERK |

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs-counterclaim-defendants Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, Takeda Pharmaceuticals America, Inc., and Ethypharm, S.A., (collectively, "Plaintiffs"), and defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited (collectively, "Defendants"), subject to the approval and order of the Court, as follows:

    1. ███████████████████████████████████████████.

| | |
|---|---|
| Dated: August 9, 2012 | Dated: August 9, 2012 |
| *s/John E. Flaherty* | *s/Vincent P. Rao* |
| John E. Flaherty | Joseph A. Boyle |
| Jonathan M. H. Short | Vincent P. Rao |
| **McCarter & English LLP** | Steven J. Moore (Pro Hac Vice) |
| Four Gateway Center | James M. Moriarty (Pro Hac Vice) |
| 100 Mulberry Street | **Kelley Drye & Warren LLP** |
| Newark, New Jersey 07102 | 200 Kimball Drive |
| Tel: (973) 622-4444 | Parsippany, New Jersey 07054 |
| | Tel: (973) 503-5900 |
| *Of Counsel*: | *Attorneys for Defendant* |
| Eric J. Lobenfeld | *Zydus Pharmaceuticals USA, Inc. and* |
| Arlene L. Chow | *Cadila Healthcare, Limited* |
| **Hogan Lovells US LLP** | |
| 875 Third Avenue | |
| New York, New York 10022 | |
| Tel: (212) 918-3000 | |
| Philippe Y. Riesen | |
| **Hogan Lovells Horitsu Jimusho** | |
| Gaikokuho Kyodo Jigyo | |
| 15th Floor Daido Seimei | |
| Kasumigaseki Building | |
| 1-4-2 Kasumigaseki | |
| Chiyoda-ku, Tokyo 100-0013 Japan | |
| Tel: (81) 3-5157-8200 | |
| *Attorneys for all Plaintiffs* | |

SO ORDERED.

Dated: Aug 14, '12                    By: _____
                                             Hon. Joel A. Pisano, U.S.D.J.

2