UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TAKEDA PHARMACEUTICAL COMPANY LIMITED, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ZYDUS PHARMACEUTICALS USA, INC., et al.,**<br><br>**Defendants.** | Civil Action No. 10-1723 (JAP)<br><br>ORDER |

This matter having been opened to the Court upon Defendant Zydus Pharmaceuticals USA, Inc.'s ("Zydus") motion for reconsideration [Docket Entry No. 196] of the Court's Order and Opinion dated June 11, 2012 [Docket Entry No. 191 & 192] which granted in part and denied in part Zydus' motion to amend its Non-Infringement Contentions; and Plaintiff Takeda Pharmaceutical Company Limited ("Takeda") opposing Zydus' motion; and the Court having fully reviewed all of the papers submitted in support of, and in opposition to, Zydus' motion; and the Court considering same without oral argument pursuant to FED. R. CIV. P. 78; and for the reasons stated in the Court's accompanying Memorandum Opinion and for good cause shown,

IT IS on this 20th day of August, 2012,

ORDERED that Zydus' motion for reconsideration is DENIED; and it is further

ORDERED that, given the possibility that the Court's accompanying Memorandum Opinion discloses the parties' confidential information, the Clerk of the Court shall file same under a temporary seal pursuant to L.Civ.R. 5.3(c)(6); the parties shall have until **September 21, 2012** to file a formal motion to seal the Court's Memorandum Opinion in accordance with

L.Civ.R. 5.3(c)(2); if no formal motion to seal is filed, the Clerk of the Court will be directed to unseal the Memorandum Opinion in its entirety; and it is further

ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 196] accordingly.

s/ Tonianne J. Bongiovanni
**Tonianne J. Bongiovanni**
**United States Magistrate Judge**
