Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

RECEIVED
SEP 27 2012
AT 8:30_____M
WILLIAM T. WALSH, CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br> v. <br><br> ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB <br><br> Motion Date: October 15, 2012 <br><br> **Oral Argument Requested** <br><br> **ORDER GRANTING MOTION TO SEAL AUGUST 20, 2012 MEMORANDUM OPINION AND TO FILE REDACTED COPY ON THE PUBLIC DOCKET** |

This matter having come before the Court by motion on consent of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus") for issuance of an Order sealing the Court's August 20, 2012 Memorandum Opinion denying Plaintiffs Motion for Reconsideration, and

~~Case 3:10-cv-01723-JAP-TJB   Document 228-2   Filed 09/21/12   Page 2 of 2 PageID: 5206~~

further granting Zydus leave to file a redacted copy of the Memorandum Opinion, in the form attached to Zydus' Motion as Exhibit A, on the public docket, and the Court having reviewed the submissions of Zydus, *and for the reasons outlined in Zydus' brief and* for good cause shown,

**IT IS HEREBY ORDERED** that the Court's August 20, 2012 Memorandum Opinion denying Plaintiffs Motion for Reconsideration be and is sealed, and Zydus shall file on the public docket within seven (7) days of the entry of this Order a redacted version of the Court's August 20, 2012 Memorandum Opinion denying Plaintiffs Motion for Reconsideration in the form attached to Zydus' Motion to Seal as Exhibit A.

*September* ~~October~~ 27, 2012

SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni

It is further ORDERED that the Clerk of the Court terminate this motion [Docket Entry No. 228] accordingly.

---

<sup>1</sup> The Court is aware that any interested person has until October 15, 2012 to move to intervene with respect to this motion to seal. This order in no way prejudices that right. Should an interested person timely move to intervene, the Court shall reexamine its findings at that time.

-2-