UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: NONE

DATE OF PROCEEDINGS: 10/05/2012
CIVIL DOCKET NO.: 10-1723(JAP)

TITLE OF CASE:
Takeda Pharmaceuticals Company Limited, et al.,
vs.
Zydus Pharmaceuticals, (USA) Inc., et al.,

APPEARANCES:
Eric J. Lobenfeld, Esq., for Plaintiffs
Arlene L. Chow, Esq., for Plaintiffs
Elina Slavin, Esquire for Plaintiffs
Vincent P. Rao, Esq., for Defendants
James Moriarty, Esq., for Defendants
Steven J. Moore, Esq., for Defendants

NATURE OF PROCEEDING:
Telephone Conference held.

Hearing on Plaintiffs adjournment request to continue trial.

Ordered Decision Reserved.

Ordered parties to submit letters explaining their positions not later than 10/12/2012.

Ordered pre-trial motion hearing set for 10/19/2012 to be POSTPONED until 10/22/2012 at 10:00 a.m.

TIME COMMENCED 9:40 a.m.  TIME ADJOURNED 9:55 a.m.

s/Dana Sledge, Courtroom Deputy