**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

**200 KIMBALL DRIVE**

**PARSIPPANY, NEW JERSEY 07054**

(973) 503-5900

FACSIMILE

(973) 503-5950

www.kelleydrye.com

DIRECT LINE: (973) 503-5924

EMAIL: vrao@kelleydrye.com

October 10, 2012

**VIA ECF**

Honorable Joel A. Pisano
United States District Judge
United States District Court, District of New Jersey
402 East State Street
Trenton, NJ 08608

    Re:    *Takeda Pharmaceutical Co. LTD., et al. v.*
              *Zydus Pharmaceuticals USA Inc., et al.*
              Docket No. 10-CV-01723

Dear Judge Pisano:

        We represent defendants Zydus Pharmaceuticals USA Inc. and Cadila Healthcare Limited (collectively "Zydus") in the above-referenced action. As Your Honor may recall, the parties have been directed to submit letter briefs by this Friday, October 12, 2012 regarding the issues raised by Plaintiffs during last week's conference call. Plaintiffs submitted a letter yesterday at 5:14 p.m. wherein they informed Your Honor that they intended to file their response to Zydus' pending Motion *In Limine* on October 12, 2012, together with their letter brief. (Docket No. 240). The parties subsequently engaged in a meet-and-confer and agreed that both parties' opposition papers to the pending Motions *In Limine* should be filed on October 12, 2012, along with their respective letter briefs.

        We hope that this meets with Your Honor's approval.

                                Respectfully submitted,

                                *s/ Vincent P. Rao II*

                                Vincent P. Rao II

VPR:mc
cc:    Honorable Tonianne J. Bongiovanni, U.S.M.J. (via First Class U.S. Mail)
        All Counsel of Record (via ECF and Email)