Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare Limited*

RECEIVED

OCT 22 2012

AT 8:30_____M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>Plaintiffs,<br>v.<br><br>ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED,<br><br>Defendants. | CIVIL ACTION NO:<br>3:10-CV-01723-JAP-TJB<br><br><br><br>ORDER |

Upon the request to limit access to the courtroom at the hearing scheduled in *Takeda Pharmaceuticals Co., Limited, et al. v. Zydus Pharmaceuticals USA Inc., et al*, on October 22, 2012, the Court grants permission to limit access to the courtroom during the hearing to courtroom personnel, counsel of record, and those individuals authorized to receive or review Zydus' "Highly Confidential-Outside Counsel's Eyes Only" information pursuant to the terms of the Protective Order entered in this matter.

DATED: October 19, 2012

SO ORDERED:

_____
Hon. Joel A. Pisano, U.S.D.J.