Joseph A. Boyle
Vincent P. Rao II
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare Limited*



RECEIVED
OCT 2 4 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB <br><br> Returnable: November 5, 2012 <br><br> **Oral Argument Requested** <br><br> **ORDER GRANTING MOTION TO SEAL DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE** |

This matter having come before the Court by motion of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare Limited (collectively "Zydus" or "Defendants") for leave to file under seal Zydus' Response In

Opposition to Plaintiffs' Motion *In Limine* to Preclude Evidence and the accompanying exhibit (the "Exhibit") to the Declaration of Vincent P. Rao II, and *and no opposition having been filed* the Court having reviewed the submissions of counsel for good cause shown,

**IT IS HEREBY ORDERED** that Defendants are granted leave to file under seal Zydus' Response in Opposition to Plaintiffs' Motion *In Limine* to Preclude Evidence and the Exhibit to the Declaration of Vincent P. Rao II.

DATED: ~~November~~ *October* 24, 2012

SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

It is further ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 251], accordingly.

---

1. The Court is aware that any interested person has until November 5, 2012 to move to intervene with respect to this Motion to Seal. This Order in no way prejudices that right. Should an interested person timely move to intervene, the Court shall reexamine its findings at that time.