Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare Limited*

RECEIVED
OCT 24 2012
AT 8:30
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>Plaintiffs,<br>v.<br><br>ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED,<br><br>Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB<br><br>Returnable: November 5, 2012<br><br>**Oral Argument Requested**<br><br>**ORDER GRANTING MOTION TO SEAL ZYDUS' LETTER BRIEF** |

This matter having come before the Court by motion of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare Limited (collectively "Zydus" or "Defendants") for leave to file under seal Zydus' Letter Brief and all supporting

papers, and the Court having reviewed the submissions of counsel ^*and no opposition having been filed,* for good cause shown,[1]

**IT IS HEREBY ORDERED** that Defendants are granted leave to file under seal Zydus' Letter Brief, and all supporting papers.

DATED: ~~November~~ *October* 24, 2012

SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

*It is further ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 247], accordingly.*

---

1. *The Court is aware that any interested person has until November 5, 2012 to move to intervene with respect to this motion. This Order in no way prejudices that right. Should an interested person timely move to intervene, the Court shall reexamine its findings at that time.*