~~Case 3:10-cv-01723-JAP-TJB Document 242-2 Filed 10/12/12 Page 1 of 2 PageID: 5480~~

Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare Limited*



RECEIVED
OCT 24 2012
AT 8:30 ___
WILLIAM T. WALSH ___ M
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>        Plaintiffs,<br>v.<br><br>ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED,<br><br>        Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB<br><br>Returnable: November 5, 2012<br><br><u>Oral Argument Requested</u><br><br><u>ORDER GRANTING MOTION TO SEAL DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE EXPERT TESTIMONY</u> |

    This matter having come before the Court by motion of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus" or "Defendants") for leave to file under seal Zydus' Objection to the Takeda Plaintiffs' Motion *In Limine* to Preclude Expert Testimony on Invalidity

Case 3:10-cv-01723-JAP-TJB   Document 242-2   Filed 10/12/12   Page 2 of 2 PageID: 5481

Portions of the Rebuttal Expert Report of Dr. Harry Brittain and the accompanying Exhibits A through C to the Declaration of Vincent P. Rao II, and the Court having reviewed the submissions of counsel and no opposition having been filed, for good cause shown;

**IT IS HEREBY ORDERED** that Defendants are granted leave to file under seal Zydus' Objection to the Takeda Plaintiffs' Motion *In Limine* to Preclude Expert Testimony on Invalidity Portions of the Rebuttal Expert Report of Dr. Harry Brittain and the accompanying Exhibits A through C to the Declaration of Vincent P. Rao II.

DATED: ~~November~~ October 24, 2012

SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

It is further ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 242], accordingly.

---

[1] The Court is aware that any interested person has until November 5, 2012 to move to intervene with respect to this Motion to Seal. This Order in no way prejudices that right. Should an interested person timely move to intervene, the Court shall reexamine its findings at that time.