Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare Limited*

RECEIVED

NOV 0 8 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>Plaintiffs,<br>v.<br><br>ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED,<br><br>Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB<br><br>Returnable: November 19, 2012<br><br>**Oral Argument Requested**<br><br>**ORDER GRANTING MOTION TO SEAL ZYDUS' REPLY LETTER AND SUPPLEMENTAL DECLARATION** |

This matter having come before the Court by motion of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare Limited (collectively "Zydus" or "Defendants") for leave to file under seal Zydus' Reply Letter and the

Case 3:10-cv-01723-JAP-TJB   Document 261-2   Filed 10/19/12   Page 2 of 2 PageID: 5916

Supplemental Declaration of James C. Morrison dated October 19, 2012, and the Court having reviewed the submissions of counsel ^and no opposition having been filed for good cause shown,

**IT IS HEREBY ORDERED** that Defendants are granted leave to file under seal Zydus' Reply Letter and the Supplemental Declaration of James C. Morrison dated October 19, 2012.

DATED: November __8__, 2012

SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

It is further ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 261], accordingly.

1. The Court is aware that any interested party has until November 19, 2012 to move to intervene with respect to this Motion to Seal. This Order in no way prejudices that right. Should an interested person timely move to intervene, the Court shall reexamine its findings at that time.