**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

November 13, 2012

**LETTER ORDER**

Re:   **Takeda Pharmaceutical Company Limited, et al. v. Zydus Pharmaceuticals USA Inc., et al.**; Civil Action No. 10-1723 (JAP)

Dear Counsel:

Please be advised that the Court shall conduct a status telephone conference in this matter on **January 17, 2013 at 11:00 A.M.** Plaintiffs are directed to initiate the conference. Further, to the extent any discovery issues arise and remain unresolved despite the parties good faith efforts to meet and confer to resolve same, then the parties are to outline said issues in a joint letter, which they shall submit to the Court no later than **January 11, 2013**.

**IT IS SO ORDERED.**

   s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**