# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>        Plaintiffs,<br>v.<br>ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED,<br><br>        Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Defendants") hereby appeal to the United States Court of Appeals for the Federal Circuit from the District Court's sealed October 23, 2012 Order entered in the above-captioned action (Docket No. 265).

Dated:  November 19, 2012            KELLEY DRYE & WARREN LLP

                                        By: */s/ Vincent P. Rao, II*
                                            Joseph A. Boyle
                                            Vincent P. Rao, II
                                            Steven J. Moore
                                            James M. Moriarty
                                            200 Kimball Drive
                                            Parsippany, New Jersey 07054
                                            (973) 503-5900

                                            *Attorneys for Defendants Zydus*
                                            *Pharmaceuticals USA, Inc. and Cadila*
                                            *Healthcare Limited*

## PROOF OF SERVICE

      I hereby certify that on November 19, 2012 I caused to be served a copy of the foregoing Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare's Notice of Appeal on each interested party in this action in accordance with the electronic filing procedures of the United States District Court for the District of New Jersey via ECF and email on the following counsel of record.  In addition, five copies of the document were sent to the Clerk of the Court pursuant to Fed. R. App. P. 3(a) and 3(d).

| | |
|---|---|
| Mark H. Anania<br>John E. Flaherty<br>Carissa L. Rodriguez<br>Jonathan M. H. Short<br>Elina Slavin<br>MCCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br><br>Eric J. Lobenfeld<br>Arlene L. Chow<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, New York 10022 | Paul A. Ragusa<br>Lisa Kole<br>BAKER BOTTS LLP<br>30 Rockefeller Plaza<br>New York, New York 10112<br><br>Philippe Y. Riesen<br>HOGAN LOVELLS HORITSU JIMUSHO<br>Gaikokuho Kyodo Jigyo<br>15 th Floor Daido Seimei<br>Kasumigaseki Building<br>1-4-2 Kasumigaseki<br>Chiyoda-ku<br>Tokyo 100-0013, Japan |

Dated:  November 19, 2012                                        */s/ Vincent P. Rao, II*
                                                                             Vincent P. Rao, II