John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 622-4444

*Attorneys for All Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LIMITED,<br><br>                  Defendants. | Civil Action No. 3:10-cv-01723 (JAP)(TJB) |

**NOTICE OF APPEARANCE OF PETER H. NOH**

TO:    THE CLERK OF COURT AND ALL COUNSEL OF RECORD

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, Takeda Pharmaceuticals America, Inc. and Ethypharm, S.A. The undersigned hereby certifies that he is admitted to practice before this Court.

                                              Respectfully submitted,

Dated: January 15, 2013                By:  *s/ Peter H. Noh*
                                                 Peter H. Noh

**E-mail: peter.noh@hoganlovells.com**     HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
(212) 918-3000

*Attorney for All Plaintiffs*

ME1 14660617v.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2013, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon all counsel of record by operation of the Court's electronic filing system.

By: *s/ Peter H. Noh*
Peter H. Noh