**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(609) 989-2040**

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

January 28, 2013

**LETTER ORDER**

Re:   **Takeda v. Zydus**
      **Civil Action No. 10-1723 (JAP)**

Dear Counsel:

As discussed during the status telephone conference held earlier in this matter on January 24, 2013, the Court shall hold a status telephone conference on **February 19, 2013 at 11:00 A.M.** Plaintiff's counsel is directed to initiate the call. Additionally, the Final Pretrial Conference in this matter shall be held on **March 8, 2013 at 1:00 P.M**.

  IT IS SO ORDERED.

              s/ Tonianne J. Bongiovanni
              **TONIANNE J. BONGIOVANNI**
              **United States Magistrate Judge**