UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON, NEW JERSEY

| | |
|---|---|
| Chambers of the Honorable Joel A. Pisano, United States District Judge | The Clarkson S. Fisher Bldg, United States Courthouse 402 East State Street Trenton, New Jersey 08608 |

(REVISED) NOTICE OF BENCH TRIAL

The civil action listed below will be tried before the Honorable Joel A. Pisano, U.S.D.J. in Courtroom #1 at the Clarkson S. Fisher Federal Building and U.S. Courthouse in Trenton, New Jersey on Tuesday, March 26, 2013 @ 9:30 a.m.

Re: Takeda Pharmaceuticals Company Limited, et al., vs. Zydus Pharmaceutical (USA) Inc., et al.
Civil Action No. 10-1723 (JAP).

In order to ensure an expeditious yet efficient trial, the following submissions must be received by the Court not later than:

| | |
|---|---|
| Pre-Trial motions due: | N/A |
| Objections due: | N/A |
| Motion hearing date: | N/A |
| Trial date: | Tuesday, March 26, 2013 @ 9:30 a.m. |
| Numbered list(s) of exhibits and witnesses due: | Tuesday, March 26, 2013 (3 copies are required) |

Date: February 6, 2013                    By: S/Dana Sledge, Deputy Clerk