IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:10-CV-01723-JAP-TJB <br><br> **ORDER** |

**IT IS** on this 7th day of February, 2013,

**ORDERED** that, pursuant to L.Civ.R. 5.2 ¶18, the Clerk of the Court is directed to modify the docket text of both attachments in Docket Entry 283 to read "Text of Proposed Order."

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.