Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB |
| Plaintiffs, | **NOTICE OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OF AVERAGE PARTICLE DIAMETER** |
| v. | |
| ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, | **Return Date: April 1, 2013** |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 1, 2013 or as soon thereafter as

counsel can be heard, the undersigned counsel for Defendants Zydus

Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus")

will move pursuant to Local Civil Rule 7.1(i) before the Honorable Joel A. Pisano, U.S.D.J., at the United States District Court for the District of New Jersey, for an Order granting Zydus' Motion *in limine* to Preclude Evidence.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Zydus will rely on the Declaration of Vincent P. Rao, submitted herewith.

**PLEASE FURTHER TAKE NOTICE** that a proposed form of Order is submitted herewith in accordance with L. Civ. R. 7.1(e).

Dated:  March 1, 2013                    KELLEY DRYE & WARREN LLP

                                          By:     *s/Vincent P. Rao*
                                                  Joseph A. Boyle
                                                  Vincent P. Rao II
                                                  Steven J. Moore (*Pro Hac Vice*)
                                                  James M. Moriarty (*Pro Hac Vice*)
                                                  200 Kimball Drive
                                                  Parsippany, New Jersey 07054
                                                  (973) 503-5900

                                                  *Attorneys for Defendants*
                                                  *Zydus Pharmaceuticals USA, Inc.*
                                                  *and Cadila Healthcare Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2013 I caused to be served a copy of the foregoing Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare's Motion *in limine*, and the accompanying Declaration of Vincent P. Rao submitted therewith, dated February 28, 2013, together with a Proposed Order, on each interested party in this action in accordance with the electronic filing procedures of the United States District Court for the District of New Jersey via ECF and email on the following.

Mark H. Anania
John E. Flaherty
Carissa L. Rodriguez
Jonathan M. H. Short
Elina Slavin
**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Paul A. Ragusa
Lisa Kole
**Baker Botts LLP**
30 Rockefeller Plaza
New York, New York 10112

Eric J. Lobenfeld
Arlene L. Chow
**Hogan Lovells US LLP**
875 Third Avenue
New York, New York 10022

Philippe Y. Riesen
**Hogan Lovells Horitsu Jimusho**
Gaikokuho Kyodo Jigyo
15th Floor Daido Seimei
Kasumigaseki Building
1-4-2 Kasumigaseki
Chiyoda-ku
Tokyo 100-0013, Japan

Dated: March 1, 2013

_____/s/Vincent P. Rao II_____
Vincent P. Rao II