UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>Plaintiffs,<br>v.<br><br>ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED<br><br>Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB<br><br>**DECLARATION OF VINCENT P. RAO IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE EXPERT TESTIMONY BY JAMES MORRISON** |

I, VINCENT P. RAO, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am an associate with the law firm of Kelley Drye & Warren LLP ("Kelley Drye"), with offices at 200 Kimball Drive, Parsippany, New Jersey, counsel for defendant Zydus Pharmaceuticals USA, Inc. and Cadila Healthcare Limited ("Zydus") in the above-captioned action. I submit this declaration in support of Zydus's Opposition to Plaintiffs Motion *In Limine* to Preclude All Testimony and Evidence Relating to New and Untimely Disclosed Prior Art References.

2. Attached hereto as Exhibit A are true and correct Excerpts from the January 25, 2013 Amended Supplemental Expert Report of David E. Bugay.

3. Attached hereto as Exhibit B is a true and correct Excerpt from the transcript of the February 15, 2013 deposition of David E. Bugay.

4. Attached hereto as Exhibit C are true and correct Excerpts from the February 12, 2013 Rebuttal Expert Report of James C. Morrison.

5. Attached hereto as Exhibit D is a true and correct Excerpt from the transcript of the February 25, 2013 deposition of James C. Morrison.

I declare under penalty of perjury that the foregoing statements are true and correct and acknowledge that if they are willfully false I am subject to punishment under penalty of perjury.

Dated: March 6, 2013                     /s Vincent P. Rao
                                         Vincent P. Rao