UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO, LIMITED, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS USA INC., et al.<br><br>      Defendants. | Civil Action No. 10-1723 (JAP)<br><br>**ORDER** |

Presently before the Court are the parties' four motions *in limine*. The Court has reviewed the submissions of the parties and decides the motions without oral argument pursuant to Federal Rule of Civil Procedure 78. For the reasons set forth in the accompanying Opinion,

IT IS on this 20th day of March 2013

ORDERED that the four motions [docket entry numbers 288, 290, 298, 299] are DENIED.

                                              /s/ Joel A. Pisano
                                              Joel A. Pisano, U.S.D.J.