~~Case 3:10-cv-01723-JAP-TJB   Document 284-2   Filed 02/06/13   Page 1 of 2 PageID: 5984~~

Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

RECEIVED

MAR 20 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>Plaintiffs,<br>v.<br><br>ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED,<br><br>Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB<br><br>Motion Date: ~~February~~ *March 4*, 2013<br><br>**ORDER GRANTING MOTION TO SEAL FEBRUARY 6, 2013 LETTER AND ACCOMPANYING CONSENT ORDERS** |

This matter having come before the Court by motion of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus" or "Defendants") for leave to file under seal Zydus's February 6, 2013 Letter to

NJ01\RAO\175905.1

Hon. Joel Pisano and Accompanying Consent Orders, and the Court having reviewed the submissions of counsel for good cause shown,

**IT IS HEREBY ORDERED** that Defendants are granted leave to file under seal Zydus's February 6, 2013 Letter to Hon. Joel Pisano and Accompanying Consent Orders.

DATED: ~~February~~ March 19, 2013

SO ORDERED:

_____
Hon. Tonianne Bongiovanni,
U.S.M..J.

[Docket Entry No. 284 is terminated].