Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

RECEIVED

MAR 2 2 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br> v. <br><br> ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB <br><br> Returnable: April 1, 2013 <br><br> **Oral Argument Requested** <br><br> **ORDER GRANTING MOTION TO SEAL DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* TO PRECLUDE EVIDENCE** |

This matter having come before the Court by motion of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus" or "Defendants") for leave to file under seal Zydus' February 28, 2013 Motion to Preclude Evidence, the accompanying Exhibits A-G to the Declaration of Vincent

Case 3:10-cv-01723-JAP-TJB   Document 296-2   Filed 02/28/13   Page 2 of 2 PageID: 6312

P. Rao, and the proposed form of Order, and the Court having reviewed the submissions of counsel for good cause shown,[1]

**IT IS HEREBY ORDERED** that Defendants are granted leave to file under seal Zydus' February 28, 2013 Motion to Preclude Evidence, the accompanying Exhibits A-G to the Declaration of Vincent P. Rao, and the proposed form of Order. However, in light of the fact that it is unclear whether sealing the Motion to Preclude Evidence represents the least restrictive alternative, Defendants shall either submit a proposed redacted version of same or a letter explaining why redacting the Motion is not practical no later than 4/12/13.[2]

DATED: March 21, 2013

SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

[ Docket Entry No. 296 is terminated ].

---

[1] The Court is aware that any interested person seeking to intervene with respect to Defendants' Motion has until April 1, 2013, the Return Date for the motion, to move to do so. Consequently, should an interested person timely move to intervene, the Court shall reconsider its findings of fact and conclusions of law at that time.

[2] The Court finds that Defendants have established that sealing Exhibits A-G to the Declaration of Vincent P. Rao in their entirety represents the least restrictive alternative.