UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDING

DATE OF PROCEEDINGS: 03/26/2013
CIVIL DOCKET NO.: 10-1723(JAP)

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: Joanne Caruso

TITLE OF CASE:
Takeda Pharmaceutical Company Limited, et al.,
VS.
Zydus Pharmaceutical (USA) Inc., et al.,

APPEARANCES:
John Flaherty, Eric J. Lorenfeld, Arlene L. Chow, Esquires for plaintiffs
Elizabeth Swedock, Steven Moore, James Moriarty, & Vincent Rao, Esquires for defendants

NATURE OF PROCEEDINGS:
Trial without jury as to plaintiffs assertion of infringement of Takeda's patent 694 commenced before Honorable Joel A. Pisano.
Hearing on defendants application to seal entire proceeding.
Ordered application Denied in part.
    Arlene L. Chow - Opened for plaintiffs
    Steven Moore - Opened for defendants
    Dr. Brian Fennerty - Sworn for plaintiffs
Hearing on defendants application to seal witness, Dr. David Bugay's testimony.
Ordered application Granted.
    Dr. David Bugay - Sworn for plaintiffs
Court recess: 12:45 p.m. to 1:30 p.m.
    Dr. David Bugay - Resumed on direct
Ordered parties to submit trial exhibits at the conclusion of trial.
Trial without jury adjourned until Wednesday, March 27, 2013 at 9:15 a.m.
Time commenced: 9:30 a.m.
Time adjourned: 3:30 p.m.
Total hours: 6 hours

S/Dana Sledge, Courtroom Deputy