UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDING

DATE OF PROCEEDINGS: 03/27/2013
CIVIL DOCKET NO.: 10-1723(JAP)

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: Joanne Caruso

TITLE OF CASE:
Takeda Pharmaceutical Company Limited, et al.,
VS.
Zydus Pharmaceutical (USA) Inc., et al.,

APPEARANCES:
John Flaherty, Eric J. Lorenfeld, Arlene L. Chow, Esquires for plaintiffs
Ken Jaconetty, Derek Johnson, & Masufumi Shintani, present (clients).
Elizabeth Swedock, Steven Moore, James Moriarty, & Vincent Rao, Esquires for defendants
Brij Khera, present (client).

NATURE OF PROCEEDINGS:
Trial without jury continued.
    Dr. David Bugay - Resumed on cross
    Dr. Harry Brittain - Sworn for defendants
Hearing on defendants application to seal certain portions of witness (Dr. Harry Brittain) testimony.
Ordered application Granted.
Court recess: 11:55 a.m. to 12:35 p.m.
    Dr. Harry Brittain - Resumed on direct
Trial without jury adjourned until Thursday, March 28, 2013 at 9:15 a.m.
Time commenced: 9:15 a.m.
Time adjourned: 2:45 p.m.
Total hours: 5 hours & 30 minutes

S/Dana Sledge, Courtroom Deputy