UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDING

DATE OF PROCEEDINGS: 03/28/2013
CIVIL DOCKET NO.: 10-1723(JAP)

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: Joanne Caruso

TITLE OF CASE:
Takeda Pharmaceutical Company Limited, et al.,
VS.
Zydus Pharmaceutical (USA) Inc., et al.,

APPEARANCES:
John Flaherty, Eric J. Lorenfeld, Arlene L. Chow, Esquires for plaintiffs
Ken Jaconetty, Derek Johnson, & Masufumi Shintani, present (clients).
Elizabeth Swedock, Steven Moore, James Moriarty, & Vincent Rao, Esquires for defendants
Brij Khera, present ( client).

NATURE OF PROCEEDINGS:
Trial without jury continued.
    Adam Zaeske  - Sworn for plaintiffs
Hearing on plaintiffs application to seal testimony of witness (Adam Zaeske).
Ordered application Granted.
    Dr. Paula Meyer-Stout - Sworn for defendants
    Dr. Stephen Byrn - Sworn for plaintiffs
Court recess: 12:15 p.m. to 12:55 p.m.
    Dr. Stephen Byrn - Resumed on direct
Both sides RESTS.
Trial without jury adjourned until Monday, April 1, 2013 at 1:00 p.m.
Time commenced: 9:30 a.m.
Time adjourned: 2:30 p.m.
Total hours: 5 hours

S/Dana Sledge, Courtroom Deputy