UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDING

DATE OF PROCEEDINGS: 04/01/2013
CIVIL DOCKET NO.: 10-1723(JAP)

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: Joanne Caruso

TITLE OF CASE:
Takeda Pharmaceutical Company Limited, et al.,
VS.
Zydus Pharmaceutical (USA) Inc., et al.,

APPEARANCES:
John Flaherty, Eric J. Lorenfeld, Arlene L. Chow, Esquires for plaintiffs
Ken Jaconetty, Derek Johnson, & Masufumi Shintani, present (clients).
Elizabeth Swedock, Steven Moore, James Moriarty, & Vincent Rao, Esquires for defendants
Brij Khera, present ( client).

NATURE OF PROCEEDINGS:
Trial without jury continued.
Hearing on defendants application to seal closing arguments.
Ordered application Granted.
    Arlene Chow - Summed for plaintiffs
    Steven Moore - Summed for defendants
Ordered various exhibits admitted into evidence.
Ordered parties to submit proposed findings of fact & conclusions of law on 4/12/2013.
Ordered trial concluded.
Time commenced: 1:00 p.m.
Time adjourned: 2:30 p.m.
Total hours: 1 hour & 30 minutes

S/Dana Sledge, Courtroom Deputy