Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

RECEIVED
APR 0 8 2013
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, <br><br> Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB <br><br><br> [~~PROPOSED~~] ORDER TO SEAL |

This matter having come before the Court by motion on consent of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus") for issuance of an Order sealing the March 8, 2013 Final Pretrial Order and further granting Zydus leave to file a redacted copy of the Final

1

Pretrial Order, in the form attached to Zydus' Motion as Exhibit A, on the public docket, and the Court having reviewed the submissions of Zydus, for good cause shown,[1] *and having determined that the requested sealing is warranted under L.Civ.R. 5.3(c), and*

**IT IS HEREBY ORDERED** that the March 8, 2013, Final Pretrial Order be and is sealed, and Zydus shall file on the public docket within seven (7) days of the entry of this Order a redacted version of the March 8, 2013 Final Pretrial Order in the form attached to Zydus' Motion to Seal as Exhibit A.

DATED:   April 8, 2013           SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni

*[Docket Entry No. 316 is terminated].*

---

[1] *The Court is aware that any interested person has until April 15, 2013, the return date for the motion to seal, to move to intervene with respect to same and this order in no way prejudices that right. Consequently, should an interested person timely move to intervene, the Court shall reexamine its findings of fact and conclusions of law at that time.*