# KELLEY DRYE & WARREN LLP
A LIMITED LIABILITY PARTNERSHIP

**200 KIMBALL DRIVE**
**PARSIPPANY, NEW JERSEY 07054**

(973) 503-5900

NEW YORK, NY
WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(973) 503-5950
www.kelleydrye.com

DIRECT LINE: (973) 503-5924
EMAIL: vrao@kelleydrye.com

April 11, 2013

**RECEIVED**
**APR 15 2013**
AT 8:30_____M
WILLIAM T. WALSH CLERK

VIA ECF

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

Re: *Takeda Pharmaceutical Company Limited, et al. v. Zydus Pharmaceuticals (USA) Inc. et al.*
Civil Action No. 3:10-CV-01723-JAP-TJB

Dear Judge Bongiovanni:

We are counsel to defendants Zydus Pharmaceuticals (USA) Inc. and Cadilia Healthcare Limited (collectively "Zydus") in the above-referenced action. Pursuant to Your Honor's Order dated March 22, 2013, Zydus has until April 12, 2013 to submit proposed redacted versions of Docket Nos. 296 and 297, *i.e.*, Zydus' Motions *In Limine* to Preclude Evidence (the "Motions").

As Zydus is currently engaged in finalizing its post-trial briefing for submission to Judge Pisano, it respectfully requests an extension of time, up to and including April 26, 2013, to file redacted versions of the Motions and supporting papers. Zydus requests this brief extension of time to allow counsel to properly identify all confidential information and redact where appropriate.

**KELLEY DRYE & WARREN LLP**

April 11, 2013
Page Two

Respectfully submitted,

*s/ Vincent P. Rao II*

Vincent P. Rao II

cc: Counsel of Record (via email)

SO ORDERED:

Dated: April 12, 2013

_____
Tonianne J. Bongiovanni, U.S.M.J.