

April 25, 2013

<u>**VIA ECF**</u>

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Re: <u>*Takeda Pharmaceutical Company Limited et al. v. Zydus Pharmaceuticals USA Inc. et al.*, Civil Action No. 3:10-cv-01723-JAP-TJB</u>

Dear Judge Bongiovanni,

      We, along with Hogan Lovells, represent the Plaintiffs in this action. Per Your Honor's April 4, 2013 Order to Seal (D.I. 332) temporarily granting Takeda's Motion to Seal, enclosed please find a proposed order along with proposed redactions to the documents requested to be sealed.

      The parties have determined that D.I. 291, Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion *in Limine* to Preclude All Testimony and Evidence Relating to New and Untimely Disclosed Prior Art References and Exhibits 1–6 to the Declaration of Arlene L. Chow, no longer require sealing. In addition, Plaintiffs have determined that Exhibit 10 to D.I. 303, Plaintiffs' Opposition to Defendants Motion in *Limine*, does not require sealing. Unredacted copies of these documents have been filed with this letter.

      A redacted copy of the Joint Final Pretrial Order was filed by defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited on April 15, 2013 (D.I. 338).

      If Your Honor finds the proposed redactions acceptable, we respectfully ask that the Court enter the enclosed order to seal.

Respectfully submitted,

*s/John E. Flaherty*

John E. Flaherty

cc: Counsel of Record (via email)

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON