# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY

WASHINGTON, DC

LOS ANGELES, CA

CHICAGO, IL

STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES

MUMBAI, INDIA

**200 KIMBALL DRIVE**

**PARSIPPANY, NEW JERSEY  07054**

(973) 503-5900

FACSIMILE

(973) 503-5950

www.kelleydrye.com

DIRECT LINE: (973) 503-5924

EMAIL: vrao@kelleydrye.com

April 26, 2013

**VIA ECF**

Hon. Tonianne J. Bongiovanni
United States Magistrate Judge
United States District Court, District of New Jersey
402 East State Street
Trenton, NJ 08608

Re:  *Takeda Pharmaceutical Co. LTD., et al. v.*
*Zydus Pharmaceuticals USA Inc., et al.*
Docket No. 10-CV-01723

Dear Judge Bongiovanni:

We represent defendants Zydus Pharmaceuticals USA Inc. and Cadila Healthcare Limited (collectively "Zydus") in the above-referenced action.  Pursuant to Your Honor's Orders temporarily granting Zydus's Motions to Seal (Docket Nos. 322, 323, 324, and 325) entered on March 22, 2013, enclosed please find a proposed Order and proposed redactions to the documents requested to be sealed.

If Your Honor finds the proposed redactions acceptable, we respectfully ask that the Court enter the enclosed Order to seal.

Respectfully submitted,

*s/ Vincent P. Rao II*

Vincent P. Rao II

VPR:mc
cc:     All Counsel of Record (via Email)

NJ01\RAOV\177922.1