Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED,<br><br>Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB<br><br><br><br><br><br>**ORDER GRANTING**<br>**MOTION TO SEAL** |

This matter having come before the Court by motion of Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited (collectively "Zydus" or "Defendants") for issuance of an Order sealing the following documents and further granting Zydus leave to file a redacted copy of each document in the form attached hereto as Exhibits A-D, respectively:

1

1. Defendants' Memorandum in Support of Motion *in limine* to Preclude Evidence (Docket No. 294);

2. Defendants' Memorandum in Support of Motion *in limine* to Preclude Evidence of Instrument Testing (Docket No. 295);

3. Response in Opposition to Plaintiffs Motion *in limine* to Preclude Expert Testimony by James Morrison (Docket No. 301); and

4. Response in Opposition to Plaintiffs Motion *in limine* to Preclude All Testimony and Evidence Relating to New and Untimely Disclosed Prior Art References (Docket No. 306).

(collectively the "Subject Material"), and the Court having reviewed the submissions of counsel in support of the motion (D.I. 296, 297, 302, and 309) and for good cause having been shown, and the material sought to be sealed, the Court concludes that Plaintiffs have met their burden under Local Civil Rule 5.3(c) and applicable case law, and that the subject material should be sealed.

**IT IS HEREBY ORDERED** that Defendants are granted leave to file the Subject Material under seal, and Zydus shall file on the public docket within seven (7) days of the entry of this Order a redacted version of the Subject Material in the form attached.

DATED: April \_\_\_\_, 2013           SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.