Joseph A. Boyle
Vincent P. Rao
Steven J. Moore (*Pro Hac Vice*)
James M. Moriarty (*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Zydus Pharmaceuticals USA, Inc. and*
*Cadila Healthcare, Limited*

RECEIVED
JUN - 4 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br>               Plaintiffs, <br>v. <br><br>ZYDUS PHARMACEUTICALS USA INC. and CADILA HEALTHCARE LIMITED, <br><br>               Defendants. | CIVIL ACTION NO: 3:10-CV-01723-JAP-TJB <br><br><br>**ORDER GRANTING MOTION TO SEAL MAY 7, 2013 FINAL OPINION AND TO FILE REDACTED COPY ON THE PUBLIC DOCKET** |

This matter having come before the Court by motion on consent of

Defendants Zydus Pharmaceuticals, USA, Inc. and Cadila Healthcare, Limited

(collectively "Zydus") for issuance of an Order sealing the Court's May 7, 2013

Opinion [D.I. 345], and further granting Zydus leave to file a redacted copy of the

1

Memorandum Opinion on the public docket, and the Court having reviewed the submissions of Zydus, for good cause shown,[1]

**IT IS HEREBY ORDERED** that the Court's May 7, 2013 Opinion be and is sealed, and Zydus shall file on the public docket within seven (7) days of the entry of this Order a redacted version of the Court's May 7, 2013 Opinion.

Dated:   June 4, 2013         SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni

[Docket Entry No. 358 is terminated]

---

[1] The Court is aware that any interested person seeking to intervene with respect to Zydus' motion has until June 17, 2013 to move to do so and this Order in no way prejudices that right. Consequently, should an interested person timely move to intervene, the Court shall reexamine its findings of fact and conclusions of law at that time.